# UNION CONTRACT AGREEMENT

---

## TRANSERVICE LOGISTICS, INC.

## AND

## TEAMSTERS LOCAL UNION #89

3813 TAYLOR BLVD. LOUISVILLE, KENTUCKY 40215-2695
PHONE (502) 368-5885
FAX (502) 366-2009
(800) 782-0896

OFFICERS

FRED ZUCKERMAN
President & Business Agent

COLVIN "JOHN" BOLTON
Secretary Treasurer

MIKE FACKLER
Vice President

AVRAL THOMPSON
Recording Secretary

TRUSTEES
KEN LAUERSDORF
PAULMCINTOSH
BEN BRAMBLE



EXHIBIT D

# Collective Bargaining Agreement

# between

# Teamsters Local Union 89

# and

# Transervice Logistics, Inc.

# Kentucky Transport Division

Effective February 15, 2007

# TABLE OF CONTENTS

| | | Page # |
|---|---|---|
| Article 1. | Scope of Agreement | 2 |
| Article 2. | Union Security | 3 |
| Article 3. | Holidays | 4 |
| Article 4. | Vacation | 5 |
| Article 5. | Vacation Pay | 6 |
| Article 6. | Vacation Scheduling | 6 |
| Article 7. | Retirement – Death | 8 |
| Article 8. | Check Off | 8 |
| Article 9. | Credit Union and Teamsters 401-K | 9 |
| Article 10. | DRIVE | 9 |
| Article 11. | Stewards | 9 |
| Article 12. | Absence | 9 |
| Article 13. | Seniority | 10 |
| Article 14. | Other Agreements | 11 |
| Article 15. | Management Rights | 13 |
| Article 16. | Grievance and Arbitration | 13 |
| Article 17. | Protection of Rights | 13 |
| Article 18. | Discharge or Suspension | 14 |
| Article 19. | Loss or Damage | 15 |
| Article 20. | Bonds | 16 |
| Article 21. | Examinations and Identification Fees | 16 |
| Article 22. | Passengers | 16 |
| Article 23. | Compensation Claims | 17 |
| Article 24. | Military Clause | 17 |
| Article 25. | Workplace Safety | 17 |
| Article 26. | Other Work | 17 |
| Article 27. | Posting of Notices | 18 |
| Article 28. | Union Cooperation | 19 |
| Article 29. | Union Activities | 19 |
| Article 30. | Inspection Privileges | 19 |
| Article 31. | Wages, Hours and Working Conditions | 20 |
| Article 32. | Hours and Overtime Transportation | 20 |
| Article 33. | Seniority/Transportation | 21 |
| Article 34. | Miscellaneous | 21 |
| Article 35. | Transportation Working Conditions | 22 |
| Article 36. | Transportation Letter | 23 |
| Article 37. | Hours and Overtime Garage | 23 |
| Article 38. | Seniority | 24 |
| Article 39. | Miscellaneous | 25 |
| Article 40. | Garage Working Conditions | 26 |
| Article 41. | Garage Letter | 27 |
| Article 42. | New Classifications/Equipment | 27 |
| Article 43. | Separability and Savings | 27 |
| Article 44. | Subcontracting | 27 |
| Article 45. | Jury Duty | 28 |
| Article 46. | Funeral Leave | 28 |
| Article 47. | Severance Pay | 29 |
| Article 48. | Moving Expenses | 29 |
| Article 49. | Pensions | 30 |
| Article 50. | Health Care | 30 |
| Article 51. | Past Practice | 32 |
| Article 52. | Non-Discrimination | 33 |
| Article 53. | Driver Dispatch General | 34 |
| Article 54. | Teamster Logos | 35 |
| Article 55. | Termination | 43 |
| | | 43 |

1

# ARTICLE 1
# SCOPE OF AGREEMENT

This AGREEMENT is entered into by and between General Drivers, Warehousemen & Helpers Local Union 89, an affiliate of the International Brotherhood of Teamsters, hereinafter referred to as the Union, and Transervice Logistics, Inc., Kentucky Transport Division; hereinafter referred to as the Employer, a New York Corporation.

## SECTION 1.1 – Scope and Coverage of Agreement

The Employer recognizes the Union, it's agents, representatives or successors, as the exclusive bargaining representative for all employees in all work and in all classifications as done previous to Transervice Logistics, Inc. securing said work in the following bargaining unit : All transportations and garage employees, employed by TRANSERVICE LOGISTICS, INC., at it's warehouse located at 2000 Nelson Miller Parkway, excluding all building maintenance employees represented by SEIU Local Union 320, clerical employees, office employees, professional employees, guards, and supervisors as defined by the National Labor Relations Act.

## SECTION 1.2 – Successors & Assigns

The Employer's obligations under this Agreement shall be binding upon it's successors, administrators, executors and assigns. The Employer agrees that the obligations of this Agreement shall be included in the agreement of sale, transfer or assignment of the business. In the event an entire operation or a portion thereof or rights only are sold, leased, transferred or taken over by sale, transfer, lease, assignment, receivership or bankruptcy proceedings, such operation or use of such rights shall continue to be subject to the terms and conditions of this Agreement for the life thereof. Transactions covered by this provision include stock sales or exchanges, mergers, consolidation or spin-offs or any other method by which business is transferred.

Corporate re-organizations by the signatory Employer, occurring during the term of this Agreement, shall not relieve the signatory Employer or the re-organized Employer of the obligations of this Agreement during it's term.

In the event the Employer fails to require the purchaser, the transferee or lessee to agree to assume the obligations of this Agreement, the Employer (including partners thereof) shall be liable to the Local Union and to the employees covered for all damages sustained as a result of such failure to require assumption of the terms of this Agreement, until it's expiration date, but shall not be liable after the purchaser, the transferee or lessee has agreed to assume the obligations of this Agreement.

The Employer shall give notice of the existence of this Agreement to any purchaser, transferee, lessee, assignee or other entity involved in the sale, merger, consolidation, acquisition, transfer, spin-off, lease or other transaction by which the operations covered by this Agreement or any part thereof may be transferred.
Such notice shall be in writing, with a copy to the Union, at the time the seller, transferor or lessor makes the purchase and sale negotiation known to the public or executes a contract or transaction as herein described whichever first occurs. The union shall also be advised of the exact nature of the transaction, not including financial details.

# ARTICLE 2
# UNION SECURITY

All present employees who are members of the Local Union on the effective date of this Agreement shall remain members of the Local Union in good standing as a condition of employment. All present employees not members of the Local Union and all employees who are hired hereafter shall become and remain members in good standing of the Local Union as a condition of employment on and after the thirty first (31st) day following the beginning of their employment or on and after the thirty first (31st) day following the effective date of this section or date of this Agreement, whichever is later. Within seven (7) days from the date of hiring a new employee, the Employer will give to the Local Union, in writing, the following information :

(1)     The name, home address and social security number of the newly hired employee; and
(2)     The date the employee was hired

An employee who has failed to acquire or thereafter maintain membership in the Union, as herein provided, shall be terminated seventy two (72) hours after the Employer has received written notice from an authorized representative of the Local Union, certifying that membership has been, and is continuing to be, offered to such employee on the same basis as all other members and, further, that the employee has had notice and opportunity to make all dues payments. The Union will hold the Employer harmless from any liability from complying with this Union Security clause, or any attempt to comply with it.

## SECTION 2.1

When the Employer needs additional employees, it shall give the Union equal opportunity with all other sources to provide suitable applicants, but the Employer shall not be required to hire those referred by the Union.

## SECTION 2.2 – Probationary Employees

A new employee shall work under the provisions of the Agreement but shall be employed only on a trial period of four (4) weeks, which may be extended four (4) additional weeks by mutual agreement with the Employer and the Union, during which period he/she may be discharged at the discretion of the Employer, provided, however that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members. After four (4) weeks, the employee shall be placed on the regular seniority list.

## SECTION 2.3 – New Employees

For employees placed on a regular seniority list after February 15, 2007 the following provisions shall apply:

## SECTION 2.31 – Wages

Employees placed on the regular seniority list after February 15, 2007 will be paid 85% of the Classification Rate of pay in which the employee is performing duties for the first twelve (12) months of employment; 90% for the next twelve (12) months; and 100% at the start of the third year.

## SECTION 2.32 – Casuals

The Employer may use casuals on a daily basis provided all regular employees have been offered work. The Employer must pay casuals at 100% of the regular rate of pay. If supplemental casuals work three (3) days or more per week with regularity, a probationary employee will be added.

# ARTICLE 3
# HOLIDAYS

Employees placed on the regular seniority list after November 17, 1994 with less than one (1) year of service will receive three (3) National holidays – Memorial Day, Labor Day and Christmas Day. After completion of one (1) year of continuous service, such employees shall receive three (3) additional holidays – New Year's Day, Fourth of July and Thanksgiving Day.

(a) Employees placed on the regular seniority list after November 17, 1994 will receive holidays, including personal days, according to the following schedule:

| | |
|---|---|
| Less than 1 year of service: | Memorial Day<br>Labor Day<br>Christmas Day (total 3) |
| More than one year of service: | above three (3) plus<br>New Year's Day<br>4th of July<br>Thanksgiving Day (total 6) |

Three (3) or more years of service: above six (6) national holidays plus 2 personal holidays (total 8).

Effective 1/01/06:

With five (5) or more years of service: above eight (8) holidays plus one (1) additional personal holiday (total 9).

Effective 1/01/06:

With ten (10) or more years of service: above nine (9) holidays plus 1 additional personal holiday (total 10).

## SECTION 3.1

Employees hired prior to March 25, 1990 receive an additional eight (8) or ten (10) hours ( depending on bid schedule ) pay to be paid with the first week in December in lieu of an eleventh holiday.

## SECTION 3.2

Any hourly employee who works days shall receive two (2) times their rate of pay from 12:01 AM the day of a holiday to 11:59 PM the day of the holiday.

Any hourly employee who works nights shall receive two (2) times their rate of pay from 12:01 PM the day before a holiday to 11:59 AM the day of the holiday.

## SECTION 3.3

Drivers who work a holiday shall be compensated at two (2) times the rate for work performed (plus 8 hours holiday pay).

# ARTICLE 4
# VACATION

All regular employees shall be entitled to vacations in accordance with the policy of the Employer, which follows :

## 4.1 ELIGIBILITY

All regular employees shall be given a vacation on the following service basis :

| Years of continuous service | Weeks of vacation |
|:---:|:---:|
| 1 | 1 |
| 3 | 2 |
| 8 | 3 |
| 15 | 4 |
| 18 | 5 |
| 28 | 6 |

## SECTION 4.2

A regular employee shall be eligible for the amounts of vacation shown above as of the anniversary of the employee's beginning date of full time service provided the employee has completed the necessary continuous full time service as of that date.

## SECTION 4.3

A regular full time employee shall become eligible for subsequent vacations of the amounts shown above after the employee has qualified for that amount of vacation, as of January 1.

## SECTION 4.4

When an employee is on vacation, the employee shall not be required to work from the employee's regular scheduled punch out time of the employees last scheduled day of work and shall not be available or forced to work until the employees first regular scheduled work day at the completion of the employees vacation.

# ARTICLE 5
# VACATION PAY

The weekly rate of pay for vacation purposes shall be determined as follows :

## SECTION 5.1

Hourly paid employees who worked on a full time basis in at least forty (40) weeks during the anniversary or calendar year in which their vacations were earned shall be paid their current straight time earnings for their regularly scheduled workweek. In determining whether an employee has worked forty (40) or more weeks on a full time basis, count weeks not worked because of paid vacations or excused absence ( including sick leave or other approved leave ) as weeks so worked.

## SECTION 5.2

Regular employees who worked on a full time basis in at least forty (40) weeks during the anniversary or calendar year in which their vacation was earned shall be paid wages of 48 hours straight time earnings.

## SECTION 5.3

The weekly vacation pay of a regular employee who worked on a full time basis in fewer than forty (40) weeks shall be computed at the employee's current hourly rate for the average number of hours per week the employee worked during the anniversary or calendar year in which the vacation is earned. To determine the average number of hours worked per week, divide the total hours worked during the employee's anniversary or calendar year by the number of weeks in the year.

## SECTION 5.4

Vacation pay shall be paid in advance to all employees.

## SECTION 5.5

Employees who are excused due to light tonnage and work less than forty (40) hours shall not have vacation reduced.


# ARTICLE 6
# VACATION SCHEDULING

## SECTION 6.1

Vacations must be scheduled during the calendar year except that where necessary, vacations due in the twelfth (12th) or thirteenth (13th) periods may be carried over to the first (1st) period of the following year.

If any employee qualified for a vacation as of January 1, and is due to complete the service necessary for an additional week of vacation later in the year, the employee may take the first (1st) week or weeks early or wait and take all weeks together.

If any employee who has not taken vacation which the employee has earned, goes into military service or is separated for any reasons other than confessed or proven dishonesty, the employee should receive the employee's vacation pay at the time of leaving. Such vacation is in addition to notice or notice pay which may be due.

An employee eligible for vacation on January 1, in accordance with the vacation policy, who is separated on the last working day of the thirteenth (13th) period is entitled to pay for the vacation earned, even when the thirteenth (13th) period ends before January 1.

If an employee dies before receiving a vacation which the employee has earned, the employees estate is entitled to the employee's vacation pay, and a check for the amount due shall be issued to the estate.

## SECTION 6.2- Vacation Drivers

The following sets forth the maximum number of employees who may be on vacation in any week:

Holiday weeks or weeks preceding holiday weeks (but not both) (6).

9% of drivers on the payroll as of January 1 of each year for all other weeks.

## SECTION 6.3 – Vacation Garage

In any week in the year a maximum of three (3) mechanics (2-garage/1 forklift) may be on vacation.

## SECTION 6.4 – Effect on leave of absence

Leaves of absences without pay, excluding military leaves of absences, totaling one hundred and twenty (120) days or less in any calendar or anniversary year shall not affect vacation. Since paid vacations are earned by service rendered, best measured by time worked, absence from work due to any type of unpaid leaves totaling more than one hundred twenty (120) days in a calendar or anniversary year shall have the following effect upon vacation earned in that year:

Leaves totaling more than one hundred twenty (120) days, but not over one hundred eighty (180) days, shall reduce vacation and vacation pay by one fourth (1/4):

Leaves totaling more than one hundred eighty (180) days, but not over two hundred and seventy days, shall reduce vacation and vacation pay by one half (1/2):

Leaves totaling more than two hundred seventy (270) days shall disqualify the employee for vacation.

An employee who is separated because of failure to return to work on or before the expiration date of any leave of absence shall not be entitled to vacation pay for the year in which the leave of absence began, unless such separation is due to death, retirement, or medical disability.

## SECTION 6.5 – Effect of Military leave of absence

Employees with one or more continuous years of service who return to active employment from military leaves within the prescribed length of time after discharge from the armed services shall be eligible for vacation as outlined in this Article.

Continuous service includes time on Military Leave of Absence (MLA).

If the employee fails to return within the prescribed length of time after discharge from military service, such vacation provisions shall not apply.

## SECTION 6.6  Effect of layoff status

An employee who is on layoff status or on a leave of absence at the end of the employee's calendar or anniversary year shall not be entitled to vacation and vacation pay for service for said year until the employee's return to work. The employee's vacation shall be subject to the reductions set forth above.

## SECTION 6.7 – Effect of Holidays

If a regular employee takes a vacation during a week in which a holiday occurs on a regularly scheduled workday, the employee shall be given an extra day's pay.

## Section 6.8 – Choice of dates

Choice of vacation dates shall be determined on the basis of seniority, and the list of vacation dates shall be completed in accordance with the bid procedures.

# ARTICLE 7
# RETIREMENT – DEATH

An employee who retires shall receive a pro rata vacation for the year in which the employee retires based on one twelfth (1/12) of the employee's earned vacation for each full month the employee works in the retirement year.

An employee who dies shall have a pro rata vacation paid to the employee's estate based on one twelfth (1/12)  of the employee's earned vacation for each full month the employee worked in the year the employee dies.

# ARTICLE  8
# CHECK OFF

The Employer agrees to deduct from the pay of all employees covered by this Agreement the dues, and initiation fees, and agrees to remit to the Local Union all such deductions prior to the twenty third (23rd) day of the month for which the deduction is made. Where laws require written authorization by the employee, the same is to be furnished in the form required. The Union will indemnify the Employer and hold harmless from any liability from complying with this Article or attempting to comply with this Article.

## SECTION 8.1

Check-off listings of employees shall be submitted to the Local Union designated herein supplying reasonable information necessary for proper employee identification.

# ARTICLE 9
# CREDIT UNION and TEAMSTERS 401-K

The Employer agrees to deduct from the pay of all employees covered by this Agreement legally established credit union deductions of the Credit Union and agrees to remit to the Credit Union all such deductions prior to the twenty third (23rd) day of the month in which the deduction is made.

The Employer agrees to offer the Teamster National 401-K Plan to employees covered under this contract on a non matching basis.

# ARTICLE 10
# DRIVE

The Employer agrees to deduct from the paycheck of all employees covered by this Agreement the voluntary contributions to D.R.I.V.E.. DRIVE shall notify the Employer of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any weeks other than a week in which the employee earned a wage. The Employer shall transmit to DRIVE National Headquarters on a monthly basis, in one (1) check the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's social security number and the amount deducted from that employee's paycheck.

# ARTICLE 11
# STEWARDS

## SECTION 11.1- RECOGNITION OF STEWARDS

The Employer recognizes the right of the Union to designate job stewards and alternates from the Employer's seniority list.

## SECTION 11.2 – AUTHORITY OF STEWARDS

The authority of job stewards and alternates so designated by the Union shall be limited to and shall not exceed the following duties and activities:

1. The investigation and presentation of grievances in accordance with the provisions of the Collective Bargaining Agreement.
2. The collection of dues when authorized by appropriate Union action;
3. The transmission of such messages and information which shall originate with and are authorized by the Union or its officers, provided such messages and information:

    (a) Have been reduced to writing; or

(b) If not reduced to writing, are of routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Employer's business.

## SECTION 11.3 - RIGHTS OF STEWARDS

The job steward involved shall be permitted reasonable time to present and process grievances on the company property without loss of time or pay during his/her regular working hours, provided, however, the job steward involved shall not absent himself/herself from his/her place of work to visit other parts of the plant or warehouse without permission of the manager who will grant any reasonable request, provided it does not interfere with efficient operation.

## SECTION 11.4 – PAY FOR TIME SPENT

The job steward will not be paid for time spent presenting and processing grievances off the property or outside his/her regular work schedule unless mutually agreed to by the Employer and the Union.

## SECTION 11.5 – PAY FOR TIME SPENT

Such time spent and paid for in handling grievances during the steward's regular working hours shall be considered working hours in computing daily and/or weekly overtime if within the regular schedule of the steward.

## SECTION 11.6 – Limit to Stewards Authority

Job stewards and alternates have no authority to take strike action, or any other action interrupting the Employer's business, except as authorized by official action of the Union.

## SECTION 11.7 – Employer Recognition of Limitations/Waiver of Union Unauthorized Acts/Employer Rights

The Employer recognized these limitations upon the authority of job stewards and their alternates and shall not hold the Union liable for any unauthorized acts. The Employer in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the job steward has taken unauthorized strike action, slowdown or work stoppage in violation of the Agreement.

# ARTICLE 12
# ABSENCE

## SECTION 12.1– Time Off for Union Activities

The Employer agrees to grant the necessary and reasonable time off, without discrimination or loss of seniority rights and without pay, to any employee designated by the Union to attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' written notice is given to the Employer by the Union specifying the length of time off. The Union agrees that, in making its request for time off for Union activities, due consideration shall be given to the number of

employees affected in order that there shall be no disruption of the Employer's operations due to lack of available employees.

## SECTION 12.2 – Leave of Absence

(a) Any employee desiring a leave of absence from his/her employment shall secure written permission from both the Union and the Employer. The maximum leave of absence shall be for ninety (90) days and may be extended for like periods. Permission for extension must be secured from both the Union and the Employer.

(b) Failure to comply with this provision shall result in the complete loss of seniority rights for the employee involved. The employee must make suitable arrangements for the continuation of health and welfare and pension payments before the leave may be approved by either the Union or the Employer. Leave of absence will not be granted for the purpose of trying out for another job.

(c) The Employer will pay the premiums on pension and health and welfare programs (not to exceed four (4) weeks) for employees on authorized leave of absence to attend summer military training in conjunction with compulsory reserve training.

# ARTICLE 13
# SENIORITY

## SECTION 13.1 – General

Seniority rights for employees shall prevail in accordance with this Agreement. Length of continuous service shall govern all promotions, job bids, layoffs, and rehiring.

The Employer recognizes the employee's Kroger seniority date for all purposes.

## SECTION 13.2 – Layoff/Recall

The Employer agrees employees hired before February 15, 2007 will not be laid off during the term of this Agreement. If the Employer does layoff an eligible employee the Employer will make that employee whole for 40 hours pay per week at the regular hourly rate plus weekly Health, Welfare and Pension benefits. This provision is only applicable in the event Kroger transfers current work to another carrier.

(a) When it becomes necessary to reduce the working force, the last employee hired shall be laid off first and, when the force is again increased, the employees are to be returned to work in the reverse order in which they are laid off.

(b) In the event of a layoff, an employee so laid off shall be given written notice of recall mailed to his/her last known address. The employee must respond to such notice within three (3) days after receipt thereof and actually report to work in seven (7) days after receipt of notice unless otherwise mutually agreed to. (Refusal of letter will constitute receipt.) In the event an employee fails to comply with the above, he/she shall lose all seniority rights under this Agreement.

## SECTION 13.3 – Posting

Any controversy over the seniority standing of any employee on the seniority list shall be submitted to the grievance procedure. After the posting of a seniority list and if not questioned within thirty (30)

days, such list shall be deemed to be correct for that period of the posting and a copy of said list shall be sent to the Local Union.

## SECTION 13.4 – Transfer of Work Opportunities

The parties recognize that from time to time the needs of the business may require changes in operations, opening of facilities, closing of facilities, or transfers of certain operations. When an operation is transferred, jobs at the new location which become available within one (1) year (or to the extended time, as mutually agreed to) after the transfer will first be offered to such displaced employees based on seniority. Employees transferred shall be endtailed into the seniority list upon starting work at the new location. It is further understood and agreed that such employees shall experience no break in their Company service as a result of the transfer and will receive any benefits at the new location to which their total length of Company service entitled them, including seniority which shall be their original date of hire. Failure to answer a recall notice to the last known address will sever any seniority rights an employee would have under this provision. An employee who declines an offer of employment will receive severance pay under Article 47.1.

Prior to the movement of work from one installation to another, the Company will meet with the Local Unions involved and discuss the impact of the change of operations, including the movement of work and manpower requirements. Such discussions in no way will reduce the Employer's right to implement such changes.

## SECTION 13.5 – Posting of Seniority List

An agreed upon seniority record shall be established and maintained and such record shall be available to the Union at all times and shall be posted.

## SECTION 13.6 – Break in Service

Absences from employment due to sickness and injury shall not result in a break in an employee's seniority nor stop accrual.

## SECTION 13.7—Job Bidding

The Transportation and Garage Department shall enjoy a job bid each year by seniority. Employees shall carry their department seniority into their bid classification and shall retain that classification for the duration of the bid unless the employee bids for an open job during the bid period and such job shall be awarded by seniority. Transportation and Garage employees shall be permitted to pick jobs by seniority, available starting times, and days off. The job bid shall be posted and bid in line of seniority.

## SECTION 13.8 –GARAGE JOB BIDDING

Effective February of each year, garage employees shall be entitled to a bid change, shifts and days off. The bid shall go into effect the 2nd week of March. Prior to posting, the bids and footnotes regarding work assignments shall be reviewed by the Employer and union stewards. Seniority, qualifications, special training, and the overall needs of the business shall be considered.

# ARTICLE 14
## OTHER AGREEMENTS

The Employer agrees not to enter into any agreement or contract with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement. Any such conflicting agreement shall be null and void.

# ARTICLE 15
## MANAGEMENT RIGHTS

The management of the business and the direction of the working forces, including the right to plan, direct and control operations, hire, suspend or discharge for proper cause, transfer or relieve employees from duty because of lack of work or for other legitimate reasons, the right to study or introduce new or improved production methods or facilities. Any right reserved to the Employer herein shall be exercised with due regard for the rights of the employees as outlined in this Agreement, and provided further that it will not be used for the purpose of discrimination against any employee or for the purpose of invalidating any contract provisions.

# ARTICLE 16
## GRIEVANCE AND ARBITRATION

### SECTION 16.1 – Grievance Procedure

A grievance is an alleged violation of specific terms of this Agreement. Any grievance arising under this Agreement, unless expressly excluded from the coverage of this Article, will be settled by the parties according to the terms of this Article exclusively. All grievances shall be handled exclusively as set forth in this Section. Any settlement reached at any step between the representatives designated to handle that step shall be final and binding on the grievant, the Employer, and the Union.

The Employer and the Union shall cooperate to provide for the prompt adjustment of grievances in a fair and reasonable manner, with a minimum of interruption of work schedules. Every reasonable effort shall be made by both the Employer and the Union to resolve grievances at the earliest step possible. To carry this out, the following procedure shall be followed :

### Step 1

Initially, the employee will discuss the grievance with his/her immediate supervisor at the time of the occurrence. The parties will attempt to resolve the grievance.

### Step 2

If the matter is not resolved, it must be reduced to writing and presented to the Employer within fourteen (14) days of the event giving rise to the grievance. Grievances must be submitted on a form provided by the Union and signed by the grievant. The written grievance must contain a description of the conduct complained of and the relief requested. Representatives of the Union and the Company will meet and attempt to resolve the grievance. The Employer will respond in writing to the Local Union no later than ten (10) days as to the disposition of all grievances presented at the Step 2 hearing. Failure of the Employer to respond in ten (10) days will uphold the claim of the grievant. If no solution is

reached within thirty (30) days from the date the grievance is filed, the matter may be referred to Step 3.

## Step 3

In the event the parties cannot reach agreement on a case before it in Step 2, either party may submit the deadlocked issue to arbitration. If arbitration is requested, the request must be made to the Federal Mediation and Conciliation Service (FMCS) for a panel of seven (7) arbitrators within thirty (30) days of Step 2.

The party requesting arbitration must notify the other party of such request. Said notice must be in writing with a copy of the FMCS form attached.

Within thirty (30) days upon receiving the list of arbitrators from the FMCS, the parties shall strike names until there is only one (1) remaining name on the list. A flip of the coin shall determine which party strikes the first name from the list.

Either party may reject the first list of arbitrators and request a second list from the FMCS. The party requesting the second list must notify the other party of such action. The rejection of the first list must be made within ten (10) days of receipt of the first list. Upon receipt of the second list of arbitrators, the party shall select an arbitrator as provided for in paragraph three (3) above.

## ARBITRATORS BINDING DECISION

The decision of an arbitrator so selected shall be binding upon all parties to the arbitration. If either party to this Agreement refuses to abide by a decision of an arbitrator rendered, such refusal shall be a breach of this Agreement, and the other party may then take any legal or lawful economic action. All the fees, costs, and expenses of the arbitration shall be borne equally.

# ARTICLE 17
# PROTECTION OF RIGHTS

## SECTION 17.1 – No Strike, No Lockout

During the term hereof, the Union agrees that there shall be no strike or any other interference with or interruption of the normal conditions of the Employer's business by the Union or its members except as provided for in this Agreement. The Employer agrees that there shall be no lockout.

## SECTION 17.2 – Picket Line and Struck Goods

It shall not be a violation of this Agreement, and it shall not be cause for discharge, disciplinary action or permanent replacement in the event an employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including the primary picket lines at the Employer's places of business.

It shall not be a violation of this Agreement and it shall not be cause for discharge, disciplinary action or permanent replacement if any employee refuses to perform any service which his/her Employer

undertakes to perform as an ally of an Employer or person whose employees are on strike and which service, but for such strikes, would be performed by the employees of the Employer or person on strike.

## SECTION 17.3 – Grievances

Within five (5) working days of filing a grievance claiming a violation of this Article, the parties to this Agreement shall proceed to the Step 3 of the grievance procedure without taking any intermediate steps.

# ARTICLE 18
# DISCHARGE OR SUSPENSION

## SECTION 18.1 – Just Cause/Warning Notice

The Employer shall not suspend or discharge any employee without just cause, but in respect to suspension or discharge, shall give the necessary warning notice of the complaints against such employee to the employee, in writing, and a copy of the same to the Union and job steward affected. The warning notice as herein provided shall not remain in effect for a period of more than nine (9) months from the date of said warning notice.

## SECTION 18.2 – Discharge

Violations on the part of an employee of the rules and regulations of the Employer, or violations of the rules and regulations provided by municipal, state, or federal law, or authority as related to transportation or to general conduct, or unnecessary delay in the transportation of merchandise, or any employee's carelessness, shall be considered cause for disciplinary action. However, no warning notice is necessary prior to discharge or suspension for dishonesty; being under the influence of liquor while on duty, addiction to or use of drugs such as LSD, marijuana, heroin, cocaine, etc.; which may be verified by a sobriety test or drug test (refusal to take a blood alcohol sobriety test or drug test shall establish a presumption of being under such influence) ; participating in an unauthorized work stoppage; participating in sabotage; failure to report any accident that the employee is aware of; or if covered by local work rules agreed to by the Union and the Employer, then such rules shall apply.

No employee shall be discharged or suspended by the Employer without first being given a hearing by the Employer with an agent of the Union present (if an agent of the Union is unavailable, a steward shall be present), if requested by the employee at the hearing.

Rules and regulations of the Employer shall not be in conflict with the Agreement, and employees shall have knowledge of such rules and regulations. Discharge must be by proper written notice to the employee and the Union. Any employee may request an investigation as to his/her discharge or suspension. Should such investigation prove that an injustice has been done an employee, the employee shall be reinstated and shall receive full, partial, or no compensation for the period he/she was out of work. A request by an employee for an investigation as to his/her discharge or suspension must be made by written request within five (5) working days from the date of discharge or suspension. Appeal from discharge or suspension must be heard within fifteen (15) days and a decision reached within twenty (20) days from the date of the discharge or suspension. If no decision has been reached within twenty (20) days, the case shall be taken up as provided in accordance with the Grievance Procedure.

The above provision shall not preclude the Employer from suspending an employee, pending investigation, without a hearing under serious circumstances.

## SECTION 18.3 – Reprimands/Discipline Notices

Reprimands and/or disciplinary action notice will be issued in writing within fourteen (14) days after the occurrence or after the hearing provided in Article 18.2 above.

# ARTICLE 19
# LOSS OR DAMAGE

An employee shall not be charged for loss or damage.

# ARTICLE 20
# BONDS

Should the Employer require any employee to give bond, cash bond shall not be compulsory and any premium involved shall be paid for by the Employer.

# ARTICLE 21
# EXAMINATIONS AND IDENTIFICATION FEES

## SECTION 21.1 – Examinations

Physical, mental or other examinations required by a government body or the Employer shall be promptly complied with by all employees, provided, however, the Employer shall pay for all such examinations. The Employer shall not pay for any time spent in the case of applicants for jobs, and shall be responsible to employees only for time spent at the place of examination or examinations where the time spent by the employee exceeds one and one-half (1½) hours and, in that case, only for those hours in excess of said one and one-half (1½). Examinations are not to exceed one (1) in any one (1) year unless the employee has suffered serious injury or illness during the year. Employees will not be required to take examinations during their working hours.

## SECTION 21.2 – Examiners & Examination Standards

The Employer reserves the right to select its own medical examiner or physician and the Union may, if it believes an injustice has been done an employee, have said employee re-examined at the Union's expense. Physical standards shall not exceed those contained in the Department of Transportation regulations.

## SECTION 21.3 – Disagreements

If a disagreement exists, a neutral doctor chosen by the Employer's doctor and the Union's doctor will make the decision which shall be binding on both parties; the expenses of the third doctor to be shared jointly by the parties.

16

## SECTION 21.4 – Identification

Should the Employer find it necessary to require employees to carry or record full personal identification, such requirement shall be compiled with by the employees. The cost of such personal identification shall be borne by the Employer.

## SECTION 21.5 – Licensing Fees

If any licensing fee is charged to any employee under the Federal Drivers Licensing Act, the employee will pay these licensing fees including CDL license. In the event an employee is required to take a driving test as a condition of maintaining his/her commercial driver's license, said equipment will be made available to the employee at no cost. The Employer will pay for any DOT background checks.

# ARTICLE 22
# PASSENGERS

No driver shall allow anyone, other than employees of the Employer who are on duty, to ride on his/her truck except by written authorization of the Employer, except in cases of emergency arising out of disabled commercial equipment or an act of God. This shall not prohibit drivers from picking up other drivers, helpers or others in wrecked or broken-down motor equipment and transporting them to the first available point of communications, repair, lodging, or available medical attention.

# ARTICLE 23
# COMPENSATION CLAIMS

The Employer agrees to cooperate toward the prompt settlement of employee on-the-job injury claims when such claims are due and owing. However, such agreement shall not preclude the Employer from contesting any claim in good faith. The Employer shall provide Workmen's Compensation protection for all employees even though not required by state law.

# ARTICLE 24
# MILITARY CLAUSE

The Employer agrees to continue to comply with all applicable federal and state laws related to the military service of its employees, including the Uniformed Services Employment and Reemployment Readjustment Act (USERRA).

# ARTICLE 25
# WORKPLACE SAFETY

## SECTION 25.1

It is the understanding that the Employer, employees and the Union want to provide a work environment that places employee safety as one of the highest priorities in the workplace. Employee suggestions for improvements to the workplace, combined with a priority response from the Employer and the cooperation of the Union, will lead the way to elevating safety as one of our highest priorities.

## SECTION 25.2 – Defective Equipment

No employee shall be compelled to take out equipment that is not mechanically sound and properly equipped to conform with all applicable city, state and federal regulations. When equipment is believed to be defective, it will be checked by a qualified mechanic.

## SECTION 25.3 – Accident Reports

Any employee involved in any accident shall immediately report said accident and any physical injury sustained. The employee, upon completion of tour of duty shall make out an accident report, in writing, on forms furnished by the Employer and shall turn in all available names and addresses of witnesses to the accident. Failure to comply with this provision shall subject such employee to disciplinary action by the Employer.

## SECTION 25.4 – Defective Equipment Reports and Potential Safety Hazards

Employees shall promptly report to the Employer, in writing, all known defects in equipment and safety hazards. The report on equipment shall be turned in daily whether or not there are any known defects to report.

## SECTION 25.5 – Equipment Standards

All new tractors ordered after ratification of this Agreement shall have power steering or any alternate technological assist system deemed appropriate by the Employer.

All new tractors shall be equipped with air conditioning. The Employer shall make reasonable efforts to keep this equipment operating properly and, in case of breakdown, will repair at home base in a reasonable time.

However, no driver shall refuse an assignment because the air-conditioning is not functioning. Also, management will determine what type runs the air-equipped tractors will be assigned.

## SECTION 25.6 – Safety Committee

Each location will establish a safety committee. The committee shall be comprised of an equal number of representatives selected by the Union and by the Employer. The committee shall establish guidelines for their operations. The committee (union and management) will develop proper training programs for employees to recognize and report potential workplace safety hazards in order to reduce accidents to zero.

# ARTICLE 26
# OTHER WORK

Employees shall perform any work which supervision may direct with the understanding that, when an employee is assigned to a job with a lesser rate, he/she will be entitled to his/her regular rate of pay unless, due to a decrease of work, he/she has been regularly assigned to a lower-rated job and desires to retain such job rather than accept a layoff. An employee who is assigned to work in a higher classification shall be paid the rate of the higher classification. Job assignments to either higher or lower classifications will be in accordance with the seniority provisions of this Agreement.

# ARTICLE 27
## POSTING OF NOTICES

The Employer shall make available bulletin boards for the posting of Union notices, provided that copies of such notices are first presented to the Transportation Manager and if notice is an official Union notice and reasonable responsible posting, same will be approved.

# ARTICLE 28
## UNION COOPERATION

### SECTION 28.1 – Rules & Regulations

The Union agrees to uphold the rules and regulations of the Employer with regard to punctual and steady attendance, proper and sufficient notification in case of necessary absence, conduct on the job, and all other reasonable rules and regulations established by the Employer.

### SECTION 28.2 – Safety & Cleanliness

The Union agrees to cooperate with Employer in maintaining and improving safe working conditions and practices, in improving the cleanliness and good housekeeping of the departments, machinery and equipment.

### SECTION 28.3 – Inefficiencies

The Union agrees to cooperate in correcting inefficiencies of members which might otherwise necessitate discharge.

### SECTION 28.4 – Operational Changes

The Union recognizes the need for improved methods and output in the interest of the employees and the business and agrees to cooperate with the Employer in the installation of such methods, in suggesting improved methods and in the education of its members in the necessity for such changes and improvements.

### SECTION 28.5 – Conservation

The Union recognizes the need for conservation and the elimination of waste and agrees to cooperate with the Employer in suggesting and practicing methods in the interest of conservation and waste elimination.

# ARTICLE 29
## UNION ACTIVITIES

Any employee member of the Union acting in any official capacity whatsoever shall not be discriminated against for his/her acts as such representative of the Union so long as such acts do not interfere with the conduct of the Employer's business, nor shall there be any discrimination against any employee because of Union membership or activities.

# ARTICLE 30
## INSPECTION PRIVILEGES

Upon notification made to the Employer any accredited Union official shall be granted access to the Distribution Center for the purpose of satisfying himself/herself that the terms of this Agreement are being complied with, provided, however, that there is no interruption of the Employer's working schedule.

# ARTICLE 31
## WAGES, HOURS AND WORKING CONDITIONS

### SECTION 31.1 – Wages

The following schedule of hourly wages shall become effective on the Sunday nearest the dates indicated :

| | 3/07 | 7/1/07 | 7/6/08 | 7/5/09 | 7/4/10 | 7/3/11 | 7/1/12 |
|---|---|---|---|---|---|---|---|
| **DRIVERS** | 18.34 | 18.74 | 19.14 | 19.54 | 19.94 | 20.59 | 21.24 |
| **SPOTTERS** | 18.34 | 18.74 | 19.14 | 19.54 | 19.94 | 20.59 | 21.24 |
| **MILEAGE RATES** | $.4031 | $.4119 | $.4207 | $.4295 | $.4382 | $.4525 | $.4668 |

NIGHT CLASSIFICATIONS. All Spotters that work between the hours of 2:00 p.m. and 6:00 a.m. shall receive $.30 per hour night premium.

Effective January 7, 1990 with acceptance of insurance plan and deletion of sick leave plan, a personal increase of thirty cents ($.30) per hour and three-fourths cents ($. ¾ ) per mile increase for regular employees on the payroll as of March 18, 1989 was added as a personal rate.

### SECTION 31.2 GARAGE

| | 3/07 | 7/1/07 | 7/6/08 | 7/5/09 | 7/4/10 | 7/3/11 | 7/1/12 |
|---|---|---|---|---|---|---|---|
| **LEAD MECHANIC** | 18.92 | 19.32 | 19.72 | 20.12 | 20.52 | 21.17 | 21.82 |
| **MECHANIC** | 18.62 | 19.02 | 19.42 | 19.82 | 20.22 | 20.87 | 21.52 |

Night shift classifications, shall receive a night premium of thirty cents (.30) per hour for all hours worked between the hours of 2:00 p.m. and 6:00 a.m.

Effective January 7, 1990 with acceptance of insurance plan and deletion of sick leave plan, a personal increase of thirty cents ($.30) per hour and three-fourths cents ($. ¾) per mile increase for regular employees on the payroll as of March 18, 1989 was added as a personal rate.

# ARTICLE 32
## HOURS AND OVERTIME TRANSPORTATION

A. Spotters who work in excess of forty (40) hours in the week or eight (8) hours in the day, shall be paid at the rate of time and one-half (1 ½ ) for those hours. Any work done on incentive shall be set aside for calculation of the above premium. Drivers who spot on their 6th or 7th work shall be paid time and one-half (1 ½ ) hours for all hours spotting on these two (2) days.

B. Regular drivers and spotters shall be guaranteed the equivalent of forty (40) hours pay per week except during a holiday week they shall be guaranteed the equivalent of thirty-two (32) hours pay, equivalent of twenty-four (24) hours pay should two (2) holidays be allowed in one (1) week, and the equivalent of sixteen (16) hours pay should three (3) holidays be allowed in one (1) week.

C. Any driver, except a driver on a regularly scheduled run, who is ordered to report for duty and who does report shall receive a minimum of the equivalent of eight (8) hours pay, except as otherwise provided in the sentence immediately below. However, when less than the equivalent of eight (8) hours pay constitutes the balance to complete the guaranteed workweek for any driver, the minimum for any driver shall be the number of hours required to complete the guaranteed workweek or the equivalent of five (5) hours pay, whichever is greater.

D-1 .In holiday weeks, regular drivers shall receive eight (8) hours for the holiday at straight-time.

D-2. All spotting work in excess of thirty-two (32) hours (twenty-four (24) hours should two (2) holidays be observed and sixteen (16) hours should three (3) holidays be observed) in a holiday week shall be paid for at time and one-half (1 ½ ).

D-3.The above holiday pay shall apply toward the guarantee set forth in paragraph B above.

E. A driver on light duty shall not be required to work over ten (10) hours per day or forty (40) hours per week.

F. Effective February 15, 2007, in lieu of a, 7th, 8th, 9th or 10th holiday, employees shall receive a choice of a day's pay (eight (8) straight hours) with their check for the first week in December or a holiday to be observed on a mutually agreed upon date. The above option must be made at the time vacations are selected or a reasonable notice in case of emergency.

G.  Drivers will be allowed up to three (3) employees off per day in accordance with F above.

H.  Employees shall be allowed twelve (12) hours off between shifts.

# ARTICLE 33
## SENIORITY/TRANSPORTATION

A. "Transportation" shall consist of the classifications set forth in under Transportation.

B. In bidding  from one department to another department, if qualified, it is understood that the employee, if qualified, shall receive the rate for the job bid, regardless of the rate of the employee's former job.

C. Any employee who has a proven permanent-partial disability that prevents him from working on the employee's present job may choose a job for which the employee can qualify and satisfactorily perform based on ability and physical qualification in line with the employee's department seniority, and if necessary, the employee's plant-wide seniority.

D. Any employee who is thus displaced may then select a job that they can satisfactorily perform in line with their seniority.

E. To prove disability, the employee must furnish medical proof of such disability, and if deemed necessary by the Employer or the Union, the employee may be required to furnish additional medical evidence; all medical examinations to be at the expense of the employee. Should the disability continue beyond twelve (12) months, the employee may be required to renew medical proof as outlined above each year.

F. If a driver goes to Garage in accordance with paragraph (a) above and returns during a bid, the employee shall return to the employee's original bid. If the employee has no bid, the employee shall bid into the driver schedule with the employee's seniority for the bids already bid. This shall be done within thirty (30) days.

G. In case of sickness, the employee shall receive the employee's former position upon recovery, but only if the employee is physically fit and able to perform the employee's work satisfactorily.

H. Drivers shall be permitted to hold "Scheduled Runs" as picked by department seniority. Other runs shall be added to the list of "Scheduled Runs" whenever possible.

# ARTICLE 34
# MISCELLANEOUS

## SECTION 34.1 Drivers

A. Drivers on all runs must report time taken for meals and sleep. Time on runs shall not include time taken for meals and sleep. Drivers to receive meal allowance of fifteen dollars ($15.00) after DOT layover (no deduction shall be required from driver's time for the layover allowance).
Management will have a charge account available to pay for lodging.

B. Trailers shall not be loaded more than four (4) feet high on the end of the trailer, except where loading higher than this is necessitated to complete a load to a store. This provision shall not apply where trailers are spotted, the store has a dock, mechanical unloading devices are available, or the trailer has an elevator type tailgate.

C. Drivers requesting time off to vote shall be given such time off in accordance with state election laws.

D. Copies shall be furnished to the driver Steward of all notices of a permanent nature which affect all drivers which are posted on the Employer bulletin board.

E. Drivers shall not be required to perform work outside the Transportation Department.

F-1 .All transfer of store products will be done by employees, if transfer is given to the Employer.

F-2.Drivers shall be paid actual time for picking up transfer product and one-half ($\frac{1}{2}$) hour unloading allowance for stores not on scheduled route.

G. First aid and cleaning supplies shall be furnished by the Employer.

H. The Employer shall furnish up to five (5) changes of coveralls/uniforms per week for Bid Spotters.

I. It is a requirement of employment for all drivers to carry a personal cell phone with voice mail capability while on duty for communication with management of the Employer. Drivers must not use said cell phones while driving, but must return calls to management immediately upon parking equipment in a safe manner at their destination. The Employer shall reimburse each driver fifty dollars ( $50 ) per month for the use of said personal cell phone and if laid off the Employer will pay termination fee.

# ARTICLE 35
## TRANSPORTATION WORKING CONDITIONS

A. All employees shall be paid once each week on the regular pay day.

B. Employees shall report immediately to the Employer any and all loss, damage, overage and shortage of merchandise or equipment, together with a statement of the cause thereof.

C. Uncontested shortages on paychecks in excess of $100 are to be corrected by a supplemental paycheck within 72 hours excluding Saturdays, Sundays and holidays if requested by the employee. In the event the employer does not have a supplemental paycheck within 72 hours the pay shortage must be paid immediately by cash or check. If the Employer doesn't make payment within seventy-two (72) hours the employee will be paid their hourly rate for eight hours per day until such payment is made.

# ARTICLE 36
## TRANSPORTATION LETTER

A. Regarding scheduled runs, a committee of five (5) drivers shall meet with the Manager of Distribution and work out the weekly schedules to be put up for bid; footnotes shall be covered with driver committee prior to posting. See dispatch procedure.

B. A Driver shall be sent for a random drug test at the beginning or end of a shift. A Driver shall not be called more than two (2) hours prior to the start of the shift. All drivers and mechanics shall be compensated 1 hour for each test on any random.

C. The Employer is committed to achieving a drug-free work environment and to implementing policies and procedures designed to achieve that objective.

The Employer fully supports the testing requirements of the Department of Transportation (DOT) regulation requiring drug testing of personnel who operate commercial motor vehicles.

The use, possession or sale of illegally controlled substances (drugs) is considered by the Employer as a major infraction of Employer rules and policies and may subject an employee to immediate discharge.

D. When an employee is on vacation, the employee shall not be required to work from the employee's regular scheduled punch out time of the employee's last scheduled day of work and shall not be

available or forced to work until the employee's first regular scheduled work day at the completion of the employee's vacation.

E.  The Employer agrees to turn on the automatic idle on or by November 15 of each year for tractors that are scheduled to go out of the metro area. The Employer shall turn the automatic idle off again March 15 of each year. The Employer shall also discipline any employee who abuses this by leaving tractors idle for extended periods of time.

F.  In regard to freezer suits for bid spotters, the Employer will offer a freezer suit to any bid spotter who requests one from the dates of November 15 through March 15. It will be the responsibility of the bid spotter to clean the suits at the employee's own expense. It is also the employee's responsibility to pay for any suit that is not returned by March 15, of each year.

G. The Employer and the Union agree that three (3) physicians/facilities will be made available to the drivers for D.O.T. physicals. Drivers will have the option of selecting one of the three (3) available facilities to take a D.O.T. physical.

H. There seems to be some confusion as to how product should be handled upon arrival at the stores. When Grocery and Perishable store receiving employees are available, they need to unload and the driver needs to assist in unloading and securing product in the proper coolers, etc. If no Grocery or Perishable store receiving employees are available, the driver will protect the proper cold chain of the product and unload as necessary. We have advised the driver committee that if there are individual stores that create an issue, the Transportation Manager will investigate to identify the cause and correct the issue.

I.  Scheduled drivers who work a scheduled off day in a calendar week (Sunday thru Saturday) will be compensated at time and one half (1 ½ ) for all work  performed as long as they fulfill their bid schedule.  Wheel drivers who work a 6th or 7th day in a calendar week (Sunday thru Saturday) will be compensated at time and one half (1 ½ ) for all work performed.

# ARTICLE 37
## HOURS AND OVERTIME GARAGE

A. Work in excess of forty (40) hours in the week or eight (8) in the day shall be paid for at the rate of time and one-half (1 ½ ).

B. Regular garage employees who work as scheduled shall be guaranteed forty (40) hours per week in five (5) consecutive days, except in a holiday week they shall be guaranteed thirty-two (32) hours work in four (4) days, (twenty-four (24) hours in three (3) shifts should two (2) holidays be allowed in one (1) week, and sixteen (16) hours in two (2) shifts should three (3) holidays be allowed in one (1) week) not necessarily consecutive days.

The Employer may schedule up to three (3) employees on each of the weekend shifts; (2nd and 3rd shift Saturday night and 1st shift Sunday), at the straight time rate of pay. Depending upon the needs of the business, the Employer can use any combination of employees on any three (3) shifts. For the purpose of clarification, three (3) garage mechanics, and three (3) warehouse mechanics. Such employees shall be scheduled two (2) consecutive days off.

C. When garage employees are called for work either before or after their regular schedule, they shall be paid for at least four (4) hours work at time and one-half (1 ½), unless they are called in within less than four (4) hours prior to the start of their regular shift, in which case they shall be guaranteed time and one-half(1 ½)from reporting time to the start of their regular shift. Work prior to the regular starting time shall not reduce the regular daily work schedule.

It is understood that Mechanics called in shall perform only the task for which they were called unless they are needed to perform other work necessary to meet delivery schedules.

D. Any garage employee ordered to report for duty and who does report shall receive a minimum of five (5) hours work, except as otherwise provided in, paragraph C above, and except that when less than five (5) hours constitutes the balance to complete the guaranteed workweek, the minimum shall be the number of hours required to complete the guaranteed workweek or five (5) hours pay, whichever is greater.

E. In holiday weeks, regular garage employees shall receive eight (8) for the holiday at straight-time. All work in excess of thirty-two (32) hours (twenty-four (24) hours should two (2) holidays be observed and sixteen (16) hours should three (3) holidays be observed) in a holiday week shall be paid for at time and one-half (1$^1$/2). The above holiday pay shall apply toward the guarantee set forth in, paragraph B above.

E-1. Effective February 15, 2007, in lieu of a, 7th, 8th, 9th, or 10th holiday, employees shall receive a choice of a day's pay (eight (8) straight hours) with their check for the first week in December or a holiday to be observed on a mutually agreed upon date. The above option must be made at the time vacations are selected or reasonable notice in case of an emergency.

E-2 Garage employees will be allowed one (1) employee off per day in accordance with E-1 above.

F-1.In the garage, insofar as practical, overtime in a classification shall be assigned to the employees in that classification. On daily overtime, first preference shall be given to the employee on the job where the overtime is needed.

F-2.On weekly overtime, where an extra day of time and one-half (1 $^1$/2) work is necessary, work shall be rotated as equally as possible within the classification provided the employee is qualified to do the particular work. In case employees who are in line by rotation for an extra day of work do not want the work, the work shall be assigned by reverse seniority starting with the least senior employee in the classification where the work is needed. The Employer shall fill extra days as the days become available by rotation; upon assignment, the day shall become part of that employees schedule.

G. Employees shall be allowed twelve (12) hours off between shifts.

# ARTICLE 38
## SENIORITY

A."Garage Department" shall consist of the classifications set forth in Wage Section under Garage.

B. In the Garage Department only, "Classification-Seniority" shall mean the length of service from the last date bid into the classification. However, it is recognized that many employees are at this time assigned to certain classifications and may have not bid into these classifications. For the purpose of this portion of the Agreement, it is understood that as of the effective date of this Agreement, and thereafter, these employees shall be treated as if they had bid into the classification.

25

C. When a permanent job opening occurs, notice of the opening shall be posted by job, off days and starting time. The opening shall be posted promptly on the bulletin board for a period of seventy-two (72) hours during the regular workweek, and awarded to the most senior employee who has bid on the job. The Employer shall then fill the job opening based on seniority, ability to perform the work, and experience of employee who has bid on the job. The awarded job shall be filled the next full work week. If no employee in the department in which the opening occurs bids the job, it shall be open to bid on the plant-wide seniority basis (job shall be again posted for seventy-two (72) hours and the same procedure as for the department bid shall be followed) provided that the Employer shall be the judge of experience, qualifications, and ability where the employee is bidding into the Transportation Department from another Department or to the classification of Mechanic from another department. However, when an employee in another department would be laid off due to a reduction in force and has the necessary seniority to bid into the Transportation Department, the employee shall be given a reasonable opportunity to qualify.

D. In bidding from one classification within a department to another classification in the same department, or from one department to another department, it is understood that the employee shall receive the rate for the job bid, regardless of the rate of the employee's former job, if qualified.

E. Any employee who has a proven permanent-partial disability that prevents him from working on the employee's present job may choose a job for which the employee can qualify and satisfactorily perform based on ability and physical qualification in line with the employee's department seniority, and if necessary, the employee's plant-wide seniority.

F. Any employee who is thus displaced may then select a job that they can satisfactorily perform in line with their seniority.

F-1 To prove disability, the employee must furnish medical proof of such disability, and if deemed necessary by the Employer or the Union, the employee may be required to furnish additional medical evidence; all medical examinations to be at the expense of the employee. Should the disability continue beyond twelve (12) months, the employee may be required to renew medical proof as outlined above each year.

F-2.In case of sickness, the employee shall receive the employee's former position upon recovery, but only if the employee is physically fit and able to perform the employee's work satisfactorily.

G. Effective February of each year, garage employees shall be entitled to a bid change, shifts and days off. The bid shall go into effect the 2nd week of March. Prior to posting, the bids and footnotes regarding work assignments shall be reviewed by the Employer and union stewards. Seniority, qualifications, special training, and the overall needs of the business shall be considered.

# ARTICLE 39

## MISCELLANEOUS

A. The Employer shall furnish five (5) changes of coveralls/uniforms per week for garage employees. Rain suits and rain boots shall be furnished when garage employees are required to work outside in adverse weather. One (1) lined jacket shall be provided per week to mechanic. Protective suits shall be made available for mechanics.

B. Mechanics shall not be required to furnish specialty and/or metric tools exceeding one (1) inch or the metric equivalent. Effective December 2005, a tool allowance of $400 shall be paid in a separate check the last pay period in December. Starting in 2006 the tool allowance will increase to $425, $450 in 2007, $475 in 2008, $500 in 2009, $525 in 2010, $550 in 2011, and $575 in 2012.

C. Employees working in the garage shall be allowed five (5) minutes to wash up before lunch and before going home.

# ARTICLE 40
## GARAGE WORKING CONDITIONS

A. Employees in the garage shall be allowed a fifteen (15) minute rest period for each four (4) hours worked in a regular shift and shall be allowed an additional fifteen (15) minute rest period at the end of eight (8) hours if it is known the employee is going to work ten (10) hours or more.

B. When a job opening occurs in a garage classification, the senior employee in this classification shall have the choice of shift and day off, if qualified.

B-1.When a permanent job opening occurs in a garage classification, this opening shall be offered by seniority to employees within the classification who have the qualifications to satisfactorily perform such jobs.

B-2 If the Employer determines the need to fill a full week's open schedule, the opening shall be posted and offered by seniority within the classification.

# ARTICLE 41
## GARAGE LETTER

A. Garage holiday schedules shall be posted for two (2) weeks and shall be completed by 12:00 noon on Monday of the week preceding the holiday.

B. During the life of the Agreement, the Employer on a trial basis may implement a four (4) day, ten (10) hour work schedule, excluding holiday weeks which would remain a five (5) day, eight (8) hour basic work week. This shall be a test only and shall not be considered operative unless approved by the Employer in conjunction with the Union.

C. When an employee is on vacation, the employee shall not be required to work from the employee's regular scheduled punch out time of the employee's last scheduled day of work and shall not be available or forced to work until the employee's first regular scheduled work day at the completion of the employee's vacation. Garage employees who are in line by rotation for an extra days work shall still be offered the extra day if they sign the volunteer sheet.

# ARTICLE 42
## NEW CLASSIFICATIONS/EQUIPMENT

New classifications and/or equipment may be established by the Employer. Prior to establishing a new classification, the Employer and the Union shall confer to establish the rate for such classification. In the event the parties cannot agree, the Employer may establish such classification and the rate of pay. Within thirty (30) days after the establishment of such rate, the Union, if it so desires, may submit the rate to the grievance procedure provided in Article 16 of the Agreement. If there is a change in rate, such change shall be retroactive to the date employees were first assigned to the new classification.

# ARTICLE 43
## SEPARABILITY AND SAVINGS

If any article or section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, the balance of this Agreement shall continue in full force and effect. The article or section held invalid shall be modified as required by law or the tribunal of competent jurisdiction, or

shall be renegotiated for the purpose of an adequate replacement. If such negotiations shall not result in mutually satisfactory agreement, the Employer agrees to be bound by the Union's position if approved by any tribunal of competent jurisdiction, or a tribunal agreed to by the parties.

# ARTICLE 44
## SUBCONTRACTING

### SECTION 44.1 – Subcontracting

The Employer agrees there will be no subcontracting of any work performed by the Employer except in cases where Garage manpower is exhausted or unqualified, overflow loads, or emergencies where no equipment and/or drivers are available.

If and when Milk and Bread deliveries return to the Louisville, Kentucky Warehouse they also will be delivered by the Employers drivers if work is given to the Employer.

# ARTICLE 45
## JURY DUTY

### SECTION 45.1 – Jury Duty

In case a full-time employee is known to have served on any duly constituted jury, he/she shall be paid for the hours necessarily absent from work up to eight (8) hours straight time pay per day. The employee will notify the Employer immediately of any jury notice. In no case will the employee receive more than the basic weekly pay, except that any daily overtime worked by an employee in such a case will be paid even though this brings his/her total pay for the week to more than the basic weekly pay.

### SECTION 45.2 – Pay for Jury Duty

When an employee is scheduled to work more than eight (8) hours, he/she will be paid for the scheduled hours that day.

The following is an interpretation of Article 45:

" Hours necessarily absent from work" shall mean that if an employee spends six (6) hours or more on jury service on a scheduled day, the employee shall be credited with eight (8) or ten (10) hours (depending on bid schedule) and be paid straight time pay. If the employee spends less than six (6) hours on jury service on a scheduled day, the employee shall be credited with the hours actually spent on jury service plus one (1) hour and must work the number of hours difference between the credit and eight (8) or ten (10) hours (depending upon bid schedule) to receive eight (8) or ten (10) hours (depending on bid schedule) straight time pay. Hours credited for jury duty shall be counted as hours worked.

# ARTICLE 46
# FUNERAL LEAVE

## SECTION 46.1 – Funeral Leave

A leave of absence up to, but not necessarily the maximum which is three (3) scheduled workdays (not more than eight (8) straight time hours per day) shall be granted in the event of a death in the immediate family of any full-time employee. The employee has to attend the funeral and must report back to work the day after the funeral unless extensive travel is involved and will be paid for scheduled days necessarily absent between the death and the funeral. In the event of the death of a spouse, parent, parent-in-law, the employee will be allowed to take his/her three days of funeral leave so as to be able to attend to affairs settling the estate. In no case will he/she receive more than the basic weekly pay, except that any daily overtime worked by an employee in such a week will be paid even though this brings his/her total pay to more than the basic weekly pay and except that if an employee has missed scheduled workdays in the workweek because of a funeral and then returns to work that week, the funeral leave pay will not be reduced where he/she works an unscheduled day. By immediate family is meant parent, brother, sister, wife, husband, child, mother-in-law, father-in-law, brother-in-law, sister-in-law, stepfather, stepmother, step siblings, grandparents, grandchildren or any other relative residing with the employee. The employee must attend the funeral in order to qualify for pay under this article.

## SECTION 46.2 – Pay for Funeral Leave

When an employee is scheduled to work more than eight (8) hours, he/she will be paid for the scheduled hours that day.

# ARTICLE 47
# SEVERANCE PAY

## SECTION 47.1 – Severance Pay

In the event a full-time employee is permanently laid off due to the Employer closing, subcontracting or moving its operation to another geographical area, and that employee has more than five (5) years service with the Employer (including years of service with Kroger), he/she will receive severance pay according to the following schedule. Severance pay for facilities closing after the ratification of this Agreement:

| Length of Service | Severance Pay |
| --- | --- |
| 5 Years to 14 Years Service | 12 Weeks Pay |
| 15 Years to 19 Years Service | 16 Weeks Pay |
| 20 Years to 24 Years Service | 20 Weeks Pay |
| 25 Years or More | 24 Weeks Pay |

A week's pay will be determined by the average earnings for the fifty-two (52) weeks prior to the closing of the facility.

## SECTION 47.2 – INELIGIBILITY FOR SEVERENCE PAY

In the event all or part of the Employer's contract with it's customer is severed and the work is acquired by an outside company and all employees otherwise eligible under this Article are offered employment with all seniority (i.e. Kroger/Transervice) by such company, none of the provisions of this Article shall apply.

## SECTION 47.3 – Elector of Severance Pay

An employee will inform the Employer within twenty-one (21) days upon his/her notification of permanent layoff as a result of a facility closing if he/she elects severance pay and upon so doing, severs all seniority rights.

# ARTICLE 48
# MOVING EXPENSES

## SECTION 48.1 – Moving Expenses

In the event a full-time employee accepts a transfer rather than a permanent layoff due to the closing or moving its operation to another geographical area, the Employer will reimburse an employee so transferring for the cost of transporting household furnishings, not to exceed seventy-five hundred (7,500) pounds.

## SECTION 48.2 – Mileage Reimbursement

The Employer will reimburse such employee transferring at the rate of fifteen cents ($.15) per mile for two (2) round trips from the new location to the former location.

## SECTION 48.3 – Voluntary Redomiciling

The above provisions set forth in Sections 48.1 and 48.2 do not apply where an employee is redomiciled due to a voluntary bid.

# ARTICLE 49
# PENSIONS

## SECTION 49.1- Coverage

Each full-time and part-time employee covered by this Agreement, who has been employed for thirty (30) days or more and is on the regular seniority list, and each temporary or any other non-regular who has worked over 1,000 hours in any 12 month period will be covered by the Central States, Southeast and Southwest Areas Pension Fund.

## SECTION 49.2 – Contributions

The Employer shall contribute to the Central States Southeast and Southwest Areas Pension Fund the following amounts:

| Weekly | | | | | | | |
|---|---|---|---|---|---|---|---|
| Feb. 18, 2007 | April 1, 2007 | Mar 30, 2008 | Mar 29, 2009 | Mar 28 2010 | Mar 27 2011 | Apr 1 2012 | Mar 31, 2013 |
| $141.97 | $153.33 | $165.60 | $178.85 | $193.16 | $208.61 | MOB | MOB |
| Casuals - Daily $31.47 | $33.92 | $36.52 | $39.43 | $42.52 | | MOB | MOB |

## SECTION 49.3 Trust Agreement

This fund shall be the Central States, Southeast and Southwest Areas Pension Fund. The Union and the Employer agree to be bound by and hereby assent to all of the terms of the Trust Agreement creating said Central States, Southeast and Southwest Areas Pension Fund, all of the rules and regulations heretofore and hereafter adopted by the Trustees of said Trust Fund pursuant to said Trust Agreement, and all of the actions of the Trustees in administering such Trust Fund in accordance with the Trust Agreement, and rules adopted. Their signatures to this collective bargaining agreement shall be deemed sufficient to signify their assent to and willingness to be bound by the terms of said Trust Agreement as fully as though they and each of them had indicated their assent of and executed said Trust Agreement.

The Employer hereby accepts as Employer Trustees, the present Employer Trustees appointed under said Trust Agreement and all such past or succeeding Employer Trustees as shall have been or will be appointed in accordance with the terms of the Trust Agreement. The Union hereby accepts as Union Trustees the present Union Trustees appointed under said Trust Agreement and all such past or succeeding Union Trustees as shall have been or will be appointed in accordance with the terms of the Trust Agreement of Trust and such other documents or papers as may be necessary to effectuate said Welfare and Pension Programs and the purposes announced therein.

If an employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue to make the required contributions for a period of four (4) weeks. If an employee is injured on the job, the Employer shall continue to pay the required contributions until such employee returns to work; however, such contributions shall not be paid for a period of more than twelve (12) months. If an employee is granted a leave of absence, the Employer shall collect from said employee, prior to the leave of absence being effective sufficient monies to pay the required contributions into the Pension Fund during the period of absence.

Contributions to the Pension Fund must be made for each week on each regular or extra employee, even though such employee may work only part-time under the provisions of this contract, including weeks where work is performed for the Employer but not under the provisions of this contract and although contributions may be made for those weeks into some other Pension Fund. Employees who work either temporarily or in cases of emergency under the terms of this Agreement shall be covered by the provisions of this paragraph once they have worked over 1,000 hours in a 12 month period,

except for casual employees. The dates set forth in Section 49.2 regarding the dates of increase for pension contributions are subject to approval by the Pension Fund Trustees.

The Employer will maintain the existing Pension plan with modifications, including any cost reduction changes that occur as a result of Master Freight negotiations.

## RETROACTIVITY

The Employer will make retroactive pension payments for all eligible employees back to February 15, 2007.

# ARTICLE 50
# HEALTH CARE

### SECTION 50.1 – Health Benefits

Central States modified C-4

The Employer shall contribute to the Central States, Southeast and Southwest Areas Health and Welfare Fund for each employee performing work covered under this Agreement who has been on the payroll for thirty (30) calendar days.

Effective June 1, 2007 the Employer shall contribute $78.40 per week for employee only, $103.70 per week for employee plus child, $164.50 per week for employee plus spouse, or $207.00 per week for family coverage.

Effective March 30, 2008 the Employer shall contribute $83.30 per week for employee only, $113.20 per week for employee plus child, $179.60 per week for employee plus spouse, or $226.90 per week for family coverage.

Effective March 29, 2009 the Employer shall contribute $93.50 per week for employee only, $124.40 per week for employee plus child, $209.00 per week for employee plus spouse, or $250.50 per week for family coverage.

Effective March 28, 2010 the Employer will contribute the contributions necessary to maintain this plan.

Effective March 27, 2011 the Employer will contribute the contributions necessary to maintain this plan.

Effective April 1, 2012 the Employer will contribute the contributions necessary to maintain this plan.

Contributions shall be paid for any period an employee is entitled to receive compensation, including show-up pay, overtime pay, holiday pay, lay-off pay, vacation pay, or back pay. In addition, if an employee is receiving no wages due to an absence caused by an illness or off the job injury, the Employer shall continue to pay contributions for a period of fifty-two (52) weeks. If an employee is not receiving any compensation due to an absence caused by an on the job injury, the Employer shall continue to pay contributions until such time as the employee returns to work; however, such contributions shall not be paid for a period of more than fifty two (52) weeks.

Retiree Health Care will be made available to employees who are 55 years old with twenty years or more with the Employer ( including time with Kroger ) or under 55 years old with thirty (30) years of service under the Central States Pension Plan. Any retiree less than 55 years old must pay the cost of, or defer the retiree insurance until he reaches his 55th birthday at which time the Employer will pick up the full cost of the retiree's insurance. Retirees will have the same plan design of benefits as active employees. The Employer will be responsible for maintaining Retiree coverage until the employee becomes medicare eligible.

Should the employees precede the spouse in death, he/she will be entitled to the above coverage until he/she remarries, not to exceed medicare eligibility or eight years from death of employee.

# ARTICLE 51
# PAST PRACTICE

## GENERAL PAST PRACTICES

1. Coffee, cream and sugar shall be furnished by the Employer.
2. Rest rooms, lunchrooms, and cafeteria (days) if available, shall continue to be made available for employees.
3. Parking at no cost to the employee shall be provided by the Employer.
4. The Employer will keep first aid supplies available.

## DRIVER/ PAST PRACTICES

1. Tractors shall be assigned to all scheduled drivers insofar as practical.
2. Gloves shall be furnished to all drivers handling frozen food, upon request.
3. Foul weather gear shall be furnished to spotters.
4. Cleaning materials shall be furnished for cleaning tractors.
5. Log books shall be furnished by the Employer.
6. Drivers shall be allowed a reasonable amount of time to clean up and to prepare their logs before clocking out.
7. Time shall be kept to the nearest quarter hour.
8. Drivers shall be allowed to perform temporary light duty work when a doctor's statement is furnished and it is agreed to by the Union and the Employer.
9. Drivers shall be allowed to use their discretion in choosing layover lodgings unless otherwise instructed by the Employer.
10. Drivers shall be paid for necessary time spent due to weight violations that are not the fault of the drivers, and shall be reimbursed for money spent to pay fines from such violations when the driver has paid the fine.
11. Drivers who are delayed because of snow, floods, etc., or equipment breakdown shall be paid in the following manner: (1) drivers who lay over and stay in a motel or comparable lodging shall have the required amount of DOT "Off Duty" hours deducted from their time shown for each stay; (2) drivers who are required to stay with the equipment or where no lodging is available shall be paid for all time so spent.
12. Drivers who have had accidents shall have the opportunity to appear before a review committee for the purpose of earning Safe Driver Awards. The review committee shall consist of two (2) drivers, two (2) Supervisors and the Manager of Distribution (or a designate) who shall vote in case of ties, and that decision shall be final.
13. Drivers to be given paychecks at noon or after on Thursday if checks are available.
14. Newly hired drivers shall be placed as wheel drivers until the annual bid.
15. The current routes established as of September, 2005, shall remain in effect, unless there is a change in store locations or highways or new stores are added. Changes shall be reviewed with the Driver Committee in an effort to resolve disputes before submitted to the grievance procedure.
16. Air brake tanks are to be drained before and after each tour of duty.
17. The Employer shall furnish up to five (5) changes of coveralls/uniforms per week for Bid Spotters.

18. Drivers shall report immediately to the Employer any merchandise remaining on trucks at the completion of a run.

## GARAGE PAST PRACTICES

1. Same procedure for computing time shall be continued concerning the seven minute rule.
2. Employees can temporarily trade days off or shifts within a classification provided it does not violate seniority and is approved by a Supervisor.
3. Garage employees to be given pay checks at noon or after on Thursday, if checks are available.
4. An employee shall be allowed to take a vacation week(s) other than the week(s) signed at bid time, if the week is open and mutually agreed upon by the Employer and employee.
5. The Employer shall continue to furnish the miscellaneous supply items, (i.e., tape, silicon), currently being furnished in the Garage.
6. Time lost for personal business can be made up if work is available.
7. A protective suit shall not be replaced unless the worn out/damaged suit is returned.
8. If there becomes a need for batteries to be changed by someone other than a warehouse employee operating their equipment or in the event of an emergency the batteries will be handled as in the past by a garage employee.
9. It is understood the garage will have no casual employees.

## DRIVERS/GARAGE

1. In the event of a major change(s) in the operation of Transportation or Garage Departments management and the representative Union Committees shall meet and discuss required changes in the annual bid if mutually agreed.
2. Employees called in and reporting on a voluntary basis during a vacation week shall be compensated at two (2) times the daily guarantee (Drivers: two (2) times the daily guarantee or two (2) times the day's earnings, whichever is greater).
3. If an employee is on a medical leave of absence for one (1) year or more, all benefits shall cease.
4. The Employer agrees to provide an enclosed bulletin board with the understanding that all postings are to be approved by Management.
5. The Employer and the Union will meet to discuss additional Union Stewards, if necessary.
6. During the life of the Agreement, the Employer and the Union Bargaining Committees shall meet to develop and implement a mutually agreeable incentive plan. The plan shall have no impact on the terms and conditions of the Bargaining Agreement.

## ARTICLE 52
## NON-DISCRIMINATION

The Employer, the Union, and each employee will cooperate fully to abide by, and will abide by, all applicable laws and regulations prohibiting discrimination on account of race, color, religion, sex, national origin, age, disability, or handicap.

Wherever in this Agreement words such as "he", "she", "himself", "herself", "him", "her", etc. are used, the intent of the parties is that the application of the contract terms and conditions shall be applied equally and on a non-discriminatory basis regardless of gender.

## COMPLIANCE WITH AMERICANS WITH DISABILITIES ACT (ADA)

The Union and Employer recognize their obligations under the Americans with Disabilities Act. It is agreed that the Employer shall determine whether an employee is a qualified individual with a disability

under the ADA and, if so, what reasonable accommodations, if any, should be provided. In the event the Employer determines that a reasonable accommodation is necessary, the Employer shall notify the Local Union before providing the reasonable accommodation to a qualified bargaining unit employee to ensure that the reasonable accommodation selected by the Employer does not impact another employee's seniority or other contract rights.

Any dispute over whether the Employer complied with it's duty to notify the Local Union before implementing a proposed reasonable accommodation or whether providing the reasonable accommodation violates any employee's rights under any other provision of this Agreement shall be subject to the grievance procedure. Disputes over whether the Employer has complied with it's legal requirements under the ADA, including the ADA requirements to provide a reasonable accommodation, however, shall not be subject to the grievance procedure.

# ARTICLE 53
# DRIVER DISPATCH GENERAL

1. Drivers shall be permitted to hold "scheduled runs" as picked by department seniority. Other runs will be added to the list of "scheduled runs" whenever possible.

2. The Master and Memorial Day bids will be posted the 2nd Monday of February of each year. Each driver will be given a copy of the Master bid and Memorial Day bid on the 2nd Monday in February with a seniority list showing the date and approximate time the employee will be called by the union steward for the employee's master bid, Memorial Day bid and vacation picks. On the 3rd Monday in February starting at 8:00 A.M., the bid process will begin. Any driver not available must make arrangements with the steward for the Employee's bid or the employee will be passed, but the employee will be allowed to pick a bid at the point when the employee returns the call. The bid will be completed by the 3rd full week of February. It is the driver's responsibility to make sure the employee's phone number and seniority is correct or give the steward an alternate phone number where the employee can be reached. No bids will be forced on any driver. Any uncovered bids will be covered by the wheel.

The remainder of the holidays will be picked as follows:
The steward, at least 30 days prior to the holidays, will follow the Master bid and Memorial Day bidding procedure. The holiday bid schedules will be grouped as follows:

July 4th and Labor Day) (Thanksgiving) (Christmas and New Years)
The union stewards will be compensated for all lost wages while completing the bids, for the weeks.

The Driver Committee and the Employer will establish country mileage bids including starting times. The Employer reserves the right to change bids. When a driver's bid is permanently changed, Distribution Management, the Driver Committee and the affected driver will work out a solution.

Holiday schedules will be selected in accordance with the bid procedure and will be accomplished as quickly as possible.

Vacation choices will be made at the time of the master bid. The master schedule will be posted the second Monday of February each year, and the new bid will go into effect the second full week of March. Drivers must pick as quickly as possible, but it is understood a driver will not be considered tardy for work as a result of making his bid selection, nor will the Company prohibit the driver from working at the end of his shift to make up time.

3. Drivers performing city work will be paid applicable city delivery allowance rates. Drivers performing country mileage work will be paid applicable country mileage pay rates. City delivery allowance rate will be paid in multi-store towns between the first and last stops on a multiple stop run.

4. Provisions of the Agreement covering overtime, premiums, and breaks are not applicable to mileage or city runs. Provisions of this Section shall be considered to nullify conflicting provisions of the Agreement.

5. Drivers shall receive eight (8) hours holiday pay in addition to compensation for mileage and hourly work performed during the holiday week. Should the total of these two (2) forms of compensation be less than the weekly guarantee for that week, the guarantee shall be paid provided the driver works the employee's week as scheduled.

6. Milk trailers going to dairy will be fueled and load-bar checked prior to driver reporting for dispatch. Driver will be informed at time of dispatch of any exception.

7. In addition to the compensation for mileage or city delivery allowance, the following hourly compensation shall apply:

a. One-half ( ½ ) hour pay to cover the initial dispatch, hook-up, check-in, and yard time. On any return to the Distribution Center, other than the final return, a driver will be given one-quarter ( ¼ ) hour for unhooking, one-quarter ( ¼ ) hour for hooking, plus one-quarter ( ¼ ) hour for a new dispatch. Should the driver be required to change tractors, the employee will receive an additional quarter ( ¼ ) hour pay.

b. Each subsequent unhooking, one-quarter ( ¼ ) hour pay.

c. Each subsequent hooking, one-quarter (1/4) hour pay.

c. On the final return to the Distribution Center or point of layover, one-half ( ½ )hour will be paid for unhooking, getting the tractor to the line, and paper work. If the driver does not unhook, the employee will be paid one-quarter ( ¼ ) hour for paper work.

d. Freight loading or unloading - hourly rate for the time involved.

e. The hourly rate will be paid for breakdowns, DOT checks (not to include normal passing through the scales), impassable roads, drivers involved in accidents, delay due to overweight, and store delays which prevent a driver from achieving the employee's unloading allowance. Such pay will be paid in addition to standard allowances (on a store-by-store basis). Delays will be totaled by each run and paid to the nearest one-fourth ( ¼ ) hour. The driver will record all delays on the employee's route sheet.  Such delays must be reported as soon as possible.

f. The hourly rate will be paid when a driver has reported as instructed and the run is delayed, or there are equipment problems until the time of the initial dispatch when item (a) above will apply.

g. An additional one-fourth ( ¼ ) hour will be paid where a driver does not have access through the back door, and the driver is required to enter through the front door.
h. Unloading Allowances:
　1. Bread peddle runs one-half ( ½ ) hour per stop. Any bread delivery exceeding 200 pans, an additional one-quarter ( ¼ ) hour will be paid.

2. Meat peddle runs, frozen food peddle runs, produce peddle runs of three (3) or more stops and combination loads of three (3) or more stops, three-fourths (3/4) hour per stop.

3. Grocery one (1) hour pay - one (1) store plus one-half ( ½ ) hour pay for each additional store.

4. Produce, Meat, Frozen and combination loads, consisting of one (1) or two (2) stops, one (1) hour per load plus one-half ( ½ ) hour pay for each store on load. A grocery combination load consists of dry grocery plus perishable products.

5. Authorized salvage pick-up at final destination store, one-quarter ( ¼ ) hour pay. Authorized salvage pick-up at store other than final destination, one-half ( ½ ) hour pay.

6. If a driver is required to put product in the freezer, cooler, or produce prep room (unless prep room is dock area), one-quarter ( ¼ ) hour will be paid.

7. The parties will agree upon a set delivery driving allowance for metro Louisville runs and between stops in other multi-store towns.

8. All references to the Agreement which refer to drivers hours shall be changed to read "equivalent to."

9. If on a two (2) stop grocery load, the nose store is dropped and the first store is six (6) pallets or more of product, an additional one-quarter ( ¼ ) hour will be paid.

8. All drivers should follow proper dispatch procedures by scanning their employee card and follow the instructions on the screen. In the future, technological changes in the process may eliminate the need for this provision.

## SECTION 53.1- Driver Dispatch Country

1. Initial dispatch: Once a week, the Employer will post the "wheel" the same time as the vacation bid, and it will be posted for forty-eight (48) hours. Drivers may sign or call during the forty-eight (48) hour period for initial dispatch (0001 hours Sunday). If no one signs, the youngest will be assigned the first run, and so on, until the wheel is filled. This procedure will be used when a holiday is the first workday of the wheel.(Posting to be from Tuesday morning through Thursday morning.)

2. After the initial dispatch of the week, the wheel drivers will be dispatched on a first-in, first-out principle. This means when a driver punches out, the employee's name goes to the bottom of the list of drivers who are off the clock.

3. Wheel drivers will be given the opportunity to pass one time during the week without breaking the employee's guarantee. Passes will not be permitted anytime if all drivers are needed to protect the work. If a driver passes, the employee will go to the bottom of the board in rotation for the employee's next dispatch. Drivers must notify the Employer before going home if they wish to pass their next dispatch. Drivers who want to pass Sunday work must notify the Employer consistent with Sunday dispatch procedure. If a driver on a pass is required to report back to work in less than twelve (12) hours, it will not be counted as a pass.

4. Time off will be by seniority when two (2) drivers are scheduled at the same starting time. The driver with the most time off would have the employee's choice in the situation.

5. A run will be held for one – half (1/2) hour from scheduled starting time if the driver fails to show at scheduled starting time, unless the supervisor on duty is notified and agrees to hold longer. A driver who fails to report within the half hour or the longer agreed-upon time, will forfeit the employee's guarantee that day which may affect the employee's guarantee that week.

6. In the event of delays, runs will be held a minimum of one – half (1/2) hour. In the event a particular run must be dispatched because of exceeding one-half (1/2) hour, the returning driver will be given work up to the employee's bid earnings that day.

6a. In the event a mileage run is eliminated, the driver will be given mileage work that is available provided the employee has D.O.T. hours as follows:
 a. Equivalent earnings of the run eliminated.
 b. Equivalent earnings of the run plus equivalent of one (1) hour.
 c. Equivalent earnings of the run minus the equivalent of one (1) hour.
 d. Or the employee may keep the employee's starting time and take the run that the employee's seniority would give him at that time.
 e. Or the employee may, if fifty percent (50%) or two (2) or more of the employee's runs are eliminated for the forthcoming week (if it is known the previous week), then the driver will have the option to stay with the remaining part or go to the wheel with the employee's seniority.

7. Any driver who feels a mileage that has been established is inaccurate should notify the stewards and/or Employer. A re-check will be made and any compensation due will be paid.

8. Appropriate extra mileage will be paid anytime a driver leaves route to make an unload that is on with a run that has an established mileage. This would also cover any pick-ups or authorized departures from normal route (not to exceed one city stop). Departure from normal route in a metro area will be paid based on an agreed-upon city delivery allowance (outbound unload or trailer drop on inbound).

9. Mileage will be paid in accordance with agreed upon pre-determined mileage established for the run.

10. To determine the mileage on a run, five (5) trials will be pulled; the top mileage and the low mileage trial will be discarded and the remaining three (3) trials will be averaged. During this five (5) run trial period, drivers will be compensated for speedometer miles. Any driver involved in one of these trial runs who is dissatisfied with the employee's speedometer miles compensation may protest by indicating so on the employee's route sheet. If the employee indicates such protest, the employee will have the employee's pay for any protested earnings adjusted upon the establishment of an average mileage, whether it be in the employee's favor or the Employer's favor.

11. All tractors assigned to mileage drivers will be serviced if they have been used previously. (Washing windshields to be considered a part of servicing tractors.)

12. All times, logs, and route sheets should be accurate and in detail.

13. Each driver should also check the employee's daily compensation and bring any mistakes to the Employer's attention as soon as possible. Record will be pulled and mistake corrected.

14. Schedules will not be forced on any driver. Unbid schedules will be protected off the wheel.

15. Sick dispatch or personal business: (Wheel) Driver will be off for a minimum of twenty-four (24) hours. The employee must make himself available by notifying the Employer prior to this twenty-four (24) hours ending time. At this time, the employee will be placed at the bottom of the drivers not dispatched.

16. If a bid schedule is vacated for the duration of the master bid, the vacated schedule will be posted for bid by any driver with less seniority. Posting to be for forty-eight (48) hours. Any senior driver on vacation or leave of absence during the posting period will be allowed to bid before the bid is awarded.

17. If a scheduled run comes open at such a late date that it cannot be posted the customary forty-eight (48) hours, it will be pulled by the wheel for the entire or remaining portion of the week.

18. When it is necessary to increase or decrease the wheel drivers, the Employer will reassign the most junior wheel drivers.

18a. On permanent openings for the wheel, the bidding driver must be junior to youngest bid driver on the wheel.

19. When additional drivers are needed to cover mileage runs on the wheel, the work will be offered by seniority to those drivers scheduled off. If more than one (1) run is available, the senior driver would have a choice of runs. It is understood that the most junior scheduled country mileage drivers off will be required to cover the open runs. After all drivers have been exhausted and drivers are still needed, qualified and available mechanics will be used.

20. When an unscheduled pick-up of freight becomes available, it will be given to the most senior wheel driver in the area of the pick-up. When scheduled drivers are involved, the most senior scheduled driver will get the pick-up, provided the employee's time of arrival in the area coincides with approximate time of the pick-up.

21. When, in the opinion of the Employer, an emergency arises concerning a run, an effort will be made by the Employer to contact the driver who would be entitled to the run. If the job steward feels there was not an honest effort made to contact such drivers, compensation will be sought. (Honest effort to be considered two (2) calls in a one-half ( ½ ) hour period. The second call to be verified by a driver, if available.) This will not be applicable in the case of accident, sickness and other emergency.

22. Wheel drivers who sign another driver's master bid for the duration of an illness will not include holiday week schedules. This driver will bid the employee's own choice for any holiday week, and the sick employee's schedule shall be posted for the holiday week.

23. When a driver's bid is permanently changed, Management, the Driver Committee, and the affected driver will work out a solution.

24. If, due to changes in conditions, any of these above procedures must be changed, the Union Business Agent, Committee, and the Employer will work out the necessary changes, subject to approval by membership.

25. Bids will be set up on a basis of 3, 4, and 5 days and as many bids as possible on a consecutive day basis.

26. There shall be no two (2) man operations except by mutual agreement between the parties.

27. If the Employer and committee agree for a driver to give up the employee's bid run for reasons that are not covered by contract or dispatch rules, the employee will go to the bottom of the wheel.

28. Drivers reporting for a specific run will pull that run if it goes even though the pull time may cross shifts and provided D.O.T. time will permit.

29. Wheel drivers will be allowed to complete their daily guarantee as provided in the agreement, when returning from layover.

30. A wheel will be established to cover absences of drivers and extra work.

31. Arrival Time: When wheels stop turning and equipment is in position to load, unload or be unhooked.

At destination from

Departure Time: When wheels start rolling and leave premises without delay.

32. Where two (2) runs are consolidated, the driver with the longest bid destination will pull the combined runs.

33. Emergency runs, as determined by the Employer, shall be dispatched on a first in / first out basis. Said runs will have priority.

## SECTION 53.2 – Driver Dispatch City

1. Initial dispatch: Once a week, the Employer will post the "wheel" the same time as the vacation bid, and it will be posted for forty-eight (48) hours. Drivers may sign or call during the forty-eight (48) hour period for initial dispatch (0001 hours Sunday). If no one signs, the youngest will be assigned the first run, and so on, until the wheel is filled. This procedure will be used when a holiday is the first workday of the wheel. (Posting to be from Tuesday morning through Thursday morning.) Wheel drivers will be given the opportunity to pass one time during the week without breaking their guarantee. Passes will not be permitted anytime if all drivers in rotation for the employee's next dispatch. If a driver passes, the employee will go to the bottom of the board in a rotation for the employee's next dispatch. Drivers must notify the Employer before going home if they wish to pass their next dispatch. Drivers who want to pass Sunday work must notify the Employer consistent with Sunday dispatch procedure. If a driver on a pass is required to report back to work in less than twelve (12) hours, it will not be counted as a pass.

2. If two (2) or more drivers are scheduled to report for work at the same time, the senior driver will have a choice of runs other than bid runs. Once a run is chosen, the remaining driver will be the next dispatched.

3. If a country run becomes available during a shift, it will be offered to the most senior wheel driver there at that time. The employee will have the option of pulling that run if more than one driver is present. If the employee is the only driver present, the employee will be forced to pull the run providing the employee has D.O.T. hours.

4. When the wheel is exhausted, the work will be offered by seniority to those city drivers scheduled off. These drivers will go to the bottom of the wheel for that day or night. If more than one scheduled driver is called in for work, such driver will be assigned work by seniority at the bottom of the wheel. In no case will drivers called in have seniority over regular wheel. It is understood that the most junior drivers off the appropriate schedule will be required to cover open runs.

5. After the initial dispatch of the week, the wheel will be dispatched on a first-in, first-out principle. This means when a driver punches out, the employee's name goes to the bottom of the list of drivers who are off the clock. If a run becomes available and a driver, other than a bid spotter, is spotting, the employee will be given the option

of taking the run, if this does not exceed D.O.T. regulations. This does not preclude the Employer dispatching a spotter to perform city work.

6. If extra drivers are needed for spotting during the shift, the least senior city driver will be assigned to this work. If this work exceeds two (2) hours and there is a less senior city driver available at this time, the less city senior driver will relieve the other driver, unless spotting is requested by available city senior driver.

7. A run will be held for one (1) hour from scheduled starting time if the driver fails to show at scheduled starting time, unless the Supervisor on duty is notified and agrees to hold longer. A driver who fails to report within the hour or the longer agreed-upon time, will forfeit the employee's guarantee that day which may affect the employee's guarantee that week.

8. In the event of delays, runs will be held a minimum of one (1) hour. In the event a particular run must be dispatched because of exceeding one (1) hour, the returning driver will be given work up to the employee's bid earnings that day.

8a. In the event a run is eliminated, the driver will be given work that is available provided the employee has D.O.T. hours as follows:
   a.   Equivalent earnings of the run eliminated.
   b.   Equivalent earnings of the run plus equivalent of one (1) hour.
   c.   Equivalent earnings of the run minus the equivalent of one (1) hour.
   d.   Or, the employee may keep the employee's starting time and take the run that the employee's seniority would give him at that time.
   e. Or, the employee may, if fifty percent (50%) or two (2) or more of the employee's runs are eliminated for the forthcoming week (if it is known the previous week), then the driver will have the option to stay with the remaining part or go to the wheel with the employee's seniority.

9. When it is necessary to increase or decrease the wheel, the Employer will reassign the most junior wheel drivers.
9a. On permanent openings on the wheel, the bidding driver must be junior to youngest bid driver on appropriate wheel.

10. If a bid schedule is vacated for the duration of the master bid, the vacated schedule will be posted for bid by any driver with less seniority. Posting to be for forty-eight (48) hours. Any senior driver on vacation or leave of absence during the posting period will be allowed to bid before the bid is awarded.

11. If a schedule comes open at such a late date that it cannot be posted the customary forty-eight (48) hours, it will be pulled by the  wheel for the entire or remaining portion of the week.

12. When, in the opinion of the Employer, an emergency arises concerning a run, an effort will be made by the Employer to contact the driver who would be entitled to the run. If the job steward feels there was not an honest effort made to contact such drivers, compensation will be sought. (Honest effort to be considered two (2) calls in a one-half ( ½ ) hour period. The second call to be verified by a driver, if available.) This will not be applicable in the case of accident, sickness and other emergency.

13.Wheel drivers who sign another driver's master bid for the duration of an illness will not include holiday week schedules. This driver will bid the employee's own choice for any holiday week, and the employee's schedule shall be posted for the holiday week.

14. Night drivers will start their tour of duty between 5:53 p.m. and 5:52 a.m.

15. Day drivers will start their tour of duty between 5:53 a.m. and 5:52 p.m.

16. Drivers reporting for a specific run will pull that run if it goes even though pull time may cross shifts and provided D.O.T. time will permit.

17. Shop stewards and committee may, during a week in which they have to attend a Union meeting, have super seniority to fulfill their guaranteed workweek.

18. Each driver should also check the employee's daily compensation and bring any mistakes to the Employer's attention as soon as possible. Record will be pulled and mistake corrected.

19. Schedules will not be forced on any driver. Unbid schedules will be protected off the wheel.

20. Any driver who feels a city delivery rate allowance that has been established is inaccurate should notify the stewards and/or the Employer. A re-check will be made and any compensation due will be paid.

21. All tractors assigned to drivers will be serviced if they have been used previously. (Washing windshields is a part of servicing tractors.)

22. All times, logs, and route sheets should be accurate and in detail.

23. When a driver's bid is permanently changed, Distribution Management, the Driver Committee, and the affected driver will work out a solution.

24. If, due to changes in conditions, any of these above dispatch procedures must be changed, the Union Business agent, committee, and the Employer will work out the necessary changes, subject to approval of the membership.

25. City deliveries will be paid in accordance with an agreed-upon pre-determined allowance established for the run.

26. Present practice of freight pick-up in the city will be continued throughout the life of the Agreement.

27. A Day/Night Wheel will be established to cover absences of drivers and extra work.

28. Arrival Time: When wheels stop turning and equipment is in position to load, unload or be unhooked.

At destination  from

Departure Time: When wheels start rolling and leave premises without delay.

29. Sick dispatch or personal business: (Wheel) Driver will be off for a minimum of twenty-four (24) hours. The employee must make himself available by notifying the Employer prior to this twenty-four (24) hours ending time. At this time, the employee will be placed at the bottom of the drivers not dispatched.

30. City drivers will not be forced to accept a country dispatch after being on the clock four (4) hours.

31. Change all references to "city delivery allowance."

32. City Dispatch Procedure: All work will be dispatched on a first in, first out basis. Drivers will be sent home by reverse seniority, except in the event a driver has not completed the driver's guarantee or it prevents the driver from fulfilling the employee's next scheduled bid shift.

33. City Delivery Allowance: Keep current system that is now bid. Determine as many routes as possible prior to March bid. Remainder to be estimated based on time being taken until verification can be accomplished.

34. City Delivery Allowance: City delivery allowances between points will be established using the following procedure:
A member of the Driver Committee (or agreed upon driver) and a member of management will ride together on two (2) separate loads (one ideal time and one adverse time) to each location from the Distribution Center and between each location. Times will be averaged between the two (2) loads. If a third load becomes necessary due to unusual circumstances, a third load will be tested and the questionable load will be excluded. Should a major change occur, i.e., new road opens, old road closes, distribution point changes, etc., the process will be repeated as outlined above.

Established times will be paid at the hourly rate (rate/minute). If the Employer feels a city delivery allowance that has been established is inaccurate, the steward will be notified and a re-check will be made.

Drivers shall report immediately to the Employer any merchandise remaining on trucks at the completion of a run.

# ARTICLE 54
# TEAMSTERS LOGOS

If requested by the Local Union, the Employer will affix Teamster logos as understood between the parties to the tractors and trailers driven by employees.

# ARTICLE 55
# TERMINATION

This Agreement shall be effective as of February 15, 2007 and shall expire January 31, 2013; provided, however, that if neither party gives the other party written notice sixty (60) days prior to the said expiration date of such parties intention to terminate this Agreement, said Agreement shall continue for another year and from year to year thereafter, subject to sixty (60) day's notice of termination prior to any succeeding termination date.

_Anthony P. Fatta_ Sr. Vice Pres. 5/18/07
Transervice Logistics, Inc.
Kentucky Transport Division

_Fred Zuckerman_ 5-18-07
PRESIDENT
Teamsters Local Union 89

## Uniform Rules and Regulations

### Governing Transervice Employees of Kentucky Transport Division
### Louisville, Kentucky

The following rules and regulations are placed into effect for the Kentucky Distribution Center so that employees may know what duties are required of them in the general conduct of the Company's business.

Discipline imposed under these rules must be imposed in accordance with the Labor Agreement. Protests of discipline must be filed in accordance with the Grievance Procedure.

1.    Accidents

    a.    Major chargeable accident (See note #1).

        1st offense – Subject to discharge.

    b.    Minor chargeable accident.

        1st offense – Written warning.
        2nd offense – 1 day suspension.
        3rd offense – 3 day suspension.
        4th offense – Subject to discharge.

    c.    Failure to report all accidents promptly or a major accident promptly (each case will be evaluated on the circumstances).

        1st offense – Subject to discharge.

2.    **Equipment**

    a.    Failure to check and/or report mechanically defective condition of equipment.

        1st offense – Verbal warning.
        2nd offense – Written warning.
        3rd offense – 3 day suspension.
        4th offense – subject to discharge

    b.    Unauthorized use of equipment.

        1st offense – Subject to discharge.

    c.    Tampering with tachograph and/ or governors or other mechanical equipment.

        1st offense – Subject to discharge.

    d.    Failure to keep inside of cab, window, mirrors, windshield, and lights clean.

        1st offense – Verbal warning.
        2nd offense – Written warning.
        3rd offense – 3 day suspension
        4th offense – 5 day suspension

| | | |
|---|---|---|
| e. | Willful damage to equipment or products (see note # 2). | 1st offense – Subject to discharge. |
| f. | Improper use of equipment which produces harm to equipment or product. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension<br>4th offense – subject to discharge |

## 3. Conduct

| | | |
|---|---|---|
| a. | Drinking on duty or on Company property. | 1st offense – Subject to discharge. |
| b. | Reporting to work under the influence of drugs and/or alcohol, etc., where employee is such that it may affect the proper performance of his duties. | Consistent with published drug and alcohol policy. |
| c. | Failure to punch time card. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension.<br>4th offense – subject to discharge |
| d. | Punching the time card of another. | 1st offense – 3 day suspension.<br>2nd offense – Subject to discharge. |
| e. | Theft or dishonesty of any kind. (Failure to allow the Company the right of inspection shall be admission of guilt). Inspection will be done in the presence of another union member. | 1st offense – Subject to discharge. |
| f. | Employees must be in their assigned place and ready for work at their scheduled starting time including rest periods and remain until quit-ting time - otherwise valid cause must be shown. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension.<br>4th offense – subject to discharge |
| g. | Failure to obey instructions from qualified personnel. | 1st offense – Written warning.<br>2nd offense – 1 day suspension<br>3rd offense – 3 day suspension<br>4th offense – subject to discharge |
| h. | Refusal of direct work order | Voluntary quit. |

by supervisor (explained in the
presence of steward or union member).

| i. | Walking off of job. | Voluntary quit. |
|---|---|---|

| j. | Conviction of reckless driving | 1st offense – 3 day suspension |
|---|---|---|
| | | 2nd offense – subject to discharge |

| | Traffic violation including speeding | 1st offense – written warning |
|---|---|---|
| | (Drivers Only) | 2nd offense – 1 day suspension |
| | | 3rd offense – 3 day suspension |
| | IN COMPANY VEHICLE | 4th offense – subject to discharge |

| k. | Inaccurate loading and | 1st offense – Verbal warning. |
|---|---|---|
| | unloading or checking or | 2nd offense – Written warning. |
| | careless handling resulting | 3rd offense – 3 day suspension |
| | in damage to or loss of freight. | 4th offense – Subject to discharge |

| l. | Failure to check equipment and | 1st offense – Verbal warning. |
|---|---|---|
| | dispatch resulting in pulling | 2nd offense – Written warning. |
| | wrong load or going to wrong | 3rd offense – 3 day suspension. |
| | destination. | 4th offense – Subject to discharge. |

| m. | Pulling wrong trailer from dock | 1st offense – Written warning. |
|---|---|---|
| | or pulling trailer before | 2nd offense – 3 day suspension. |
| | authorized. | 3rd offense – Subject to discharge. |

| n. | Filing a false or incomplete | 1st offense – Subject to discharge. |
|---|---|---|
| | employment application. | |

| o. | Employees are allowed on the | 1st offense – Verbal warning. |
|---|---|---|
| | premises only during their | 2nd offense – Written warning. |
| | respective working time or as | 3rd offense – 3 day suspension. |
| | requested by the Company. | 4th offense – Subject to discharge. |
| | Employees when finished work | |
| | shall leave the premises. | |

| p. | Discourtesy to customers | 1st offense – Verbal warning. |
|---|---|---|
| | (proof required). | 2nd offense – Written warning. |
| | | 3rd offense – 3 day suspension. |
| | | 4th offense – Subject to discharge. |

| q. | Gross discourtesy to customers. | 1st offense – 5 day suspension. |
|---|---|---|
| | (proof required) | 2nd offense – discharge. |

| r. | Leaving equipment unattended. | 1st offense – Verbal warning. |
|---|---|---|
| | | 2nd offense – Written warning. |
| | | 3rd offense – 3 day suspension. |
| | | 4th offense – Subject to discharge. |

| s. | Negligence resulting in contamination of products in processing or in loading. | 1st offense – Written warning.<br>2nd offense – 3 day suspension.<br>3rd offense – 5 day suspension.<br>4th offense – Subject to discharge. |
|---|---|---|
| t. | Physical violence of any type. | 1st offense – Subject to discharge. |
| u. | Gambling in all forms. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 1 day suspension.<br>4th offense – 3 day suspension.<br>5th offense – Subject to discharge. |
| v. | Wasting time. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension.<br>4th offense – Subject to discharge. |
| w. | Unauthorized use of telephones, facilities or equipment of the Company. | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 1 day suspension.<br>4th offense – 3 day suspension.<br>5th offense – Subject to discharge. |

## 4.  Reports

| a. | Failure to make our reports, logs and trip sheets properly. (Other than falsification) | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension.<br>4th offense – Subject to discharge. |
|---|---|---|
| b. | Failure to respond to voice mail left on your company provided cell phone during working hours without Satisfactory explanation. (Drivers only.) | 1st offense – Verbal warning.<br>2nd offense – Written warning.<br>3rd offense – 3 day suspension.<br>4th offense – Subject to discharge |
| c. | Failure to clock assignments in and out.  Refers to maintenance work orders and other assignments as required. | 1st offense – Written warning.<br>2nd offense – 1 day suspension<br>3rd offense – 3 day suspension<br>4th offense – Subject to discharge |

5.    **Driving Schedules**

    a.    Failure to complete run in         1st offense – Written warning.
             scheduled running time without    2nd offense – 1 day suspension
             satisfactory explanation.           3rd offense – 3 day suspension.
                                            4th offense – Subject to discharge

    b.    Unnecessary delaying of load      1st offense – Written warning.
             or equipment.                     2nd offense – 1 day suspension
                                          3rd offense – 3 day suspension.
                                          4th offense – Subject to discharge

    c.    Failure to follow routing as       1st offense – Written warning.
             designated or instructed in       2nd offense – 1 day suspension
             writing.                          3rd offense – 3 day suspension.
                                          4th offense – Subject to discharge

6.    **Attendance**

    a.    Absent for three (3) successive     Voluntary quit.
             working days without
             notification or justifiable
             reason.

    b.    Failure to notify authorized       1st offense – Written warning.
             Company personnel not less than   2nd offense – 1 day suspension
             one hour before his regular      3rd offense – 3 day suspension.
             show-up time when unable to      4th offense – Subject to discharge
             report for duty.

    c.    Absent one or two successive      1st offense - Written warning.
             Work days without notice.        2ND offense – 1 day warning.
             Penalty will not apply when       3RD offense – 3 day suspension.
             satisfactory proof is given        4th offense – Subject to discharge
             that notification by the
             employee was not possible.

    d.    Failure or refusal to work        1st offense – 3 day suspension.
             forced overtime or refusal of      2nd offense – Subject to discharge.
             of a particular trip (driver)

    e.    Habitual Absenteeism: Attendance   5 days absent – Verbal warning.
             shall be monitored on a rolling      6 days absent – Written warning.
             nine months. Within that rolling      7 days absent – 1 day suspension.
             nine months, the following guide-    8 days absent – 3 day suspension.
             lines shall apply:                9 days absent – Subject to discharge.

| Additionally missing the same day of the week within a rolling nine month period can lead to the following discipline. | 3 times – Written warning. |
| | 4 times - 1 day suspension. |
| | 5 times - 5 day suspension. |
| | 6 times – Subject to discharge. |

For rule 6e, lost time that is not considered absenteeism is as follows:

1.  Any absence that is paid.
2.  Any absence that is authorized by a physician and documented.
3.  Authorized Absence for Union Activities.
4.  Court ordered appearance.

| f. | Reporting late for work: Tardiness will be monitored on a rolling nine months. Within that rolling nine months, the following guidelines shall apply: | 5 times – Verbal warning. |
| | | 6 times – Written warning. |
| | | 7 times - 1 day suspension. |
| | | 8 times – 3 day suspension. |
| | | 9 times – Subject to discharge. |

| g. | Failure to obtain proper authorization to leave premises during working hours. | 1st offense – Written warning. |
| | | 2nd offense – 3 day suspension. |
| | | 3rd offense – Subject to discharge. |

## 7. Health and Safety

| a. | Failure to immediately report an accident or injury – regardless of how slight. | 1st offense – 1 day suspension |
| | | 2nd offense – 3 day suspension |
| | | 3rd offense – Subject to discharge |

| b. | Employee knowingly reporting to work with any infections or contagious disease. | 1st offense – 3 day suspension. |
| | | 2nd offense – Subject to discharge. |

| c. | Unnecessary shouting, demonstrating, horseplay, scuffling, or throwing of objects. | 1st offense – 1 day suspension |
| | | 2nd offense – 3 day suspension |
| | | 3rd offense – Subject to discharge |

## 8. Cleanliness

| a. | Failure to place refuse and waste in provided containers. | 1st offense – Verbal warning. |
| | | 2nd offense – Written warning. |
| | | 3rd offense – 3 day suspension |
| | | 4th offense – Subject to discharge |

b. Creating unclean or unsanitary conditions on the premises.

1st offense – Verbal warning.
2nd offense – Written warning.
3rd offense – 3 day suspension.
4th offense – Subject to discharge

c. Employee reporting for work unclean or in filthy clothing.

1st offense – Verbal warning.
2nd offense – Written warning.
3rd offense – 3 day suspension.
4th offense – Subject to discharge

9. **Miscellaneous**

a. Unauthorized carry of passenger. (This penalty will not apply when a driver picks up a driver in distress or broken down.)

1st offense – Subject to discharge.

b. Failure to punch time clock in and out for lunch period unless authorized by proper personnel.

1st offense – Written warning.
2nd offense – 1 day suspension
3rd offense – 3 day suspension.
4th offense – Subject to discharge

c. Failure to comply with posted smoking rules.

1st offense – Written warning.
2nd offense – 1 day suspension
3rd offense – 3 day suspension.
4th offense – Subject to discharge.

d. Unnecessary delaying of loading or unloading products.

1st offense – Written warning.
2nd offense – 1 day suspension
3rd offense – 3 day suspension.
4th offense- Subject to discharge

e. Carrying of firearms or other unlawful concealed weapons on employer's premises is forbidden unless authorization is obtained from authorized employer personnel.

1st offense – Subject to discharge.

f. Failure to report any and all loss, damage, or shortage of merchandise or equipment.

1st offense – written warning.
2nd offense – 1 day suspension.
3rd offense – 3 day suspension.
4th offense- subject to discharge

g. Failure to promptly clean up any damage caused by merchandise.

1st offense – written warning.
2nd offense – 3 day suspension
3rd offense – 5 day suspension.
4th offense – Subject to discharge.

| h. | Gross neglect of job duties. | 1st offense – 3 day suspension. |
| | | 2nd offense – Subject to discharge. |
| i. | Poor workmanship. | 1st offense – Written warning. |
| | | 2nd offense – 1 day suspension. |
| | | 3rd offense – 3 day suspension. |
| | | 4th offense – Subject to discharge. |
| j. | Restricting operations or interfering with others in the performance of their jobs or engage or participate in any interruptions of work or operations | 1st offense – Written warning. |
| | | 2nd offense – 1 day suspension . |
| | | 3rd offense - 3 day suspension. |
| | | 4th offense – Subject to discharge. |

## Explanatory Notes for Rules and Regulations

1.  Company may issue letter of investigation in a timely manner and disciplinary action resulting from same within 30 days from the letter of investigation.

2.  This shall apply to any equipment in the warehouse and any other equipment and includes all products and items in the warehouse.

3.  A warning notice of violation of these Rules and Regulations must be given to the employee, Local Union No. 89, and the appropriate shop steward.

4.  Discharge must be by written notice, a copy of such must be directed to Local Union No. 89, Louisville, Kentucky, shop steward and employee.

5.  All grievances arising as protests to penalties imposed for infractions of these Rules and Regulations must be filed in accordance with the Grievance Procedure.

6.  Any warning letter issued to employees will remain in effect for a period of nine (9) months.

7.  Note: The preceding rules and regulations apply to all full time and casual union employees.

8.  Work rules can only be changed by mutual agreement of the Local Union and the Company.

ALL DISCIPLINE WILL REMAIN IN EFFECT FOR 9 MONTHS. ALL DISCIPLINE WILL DROP OFF AFTER 9 MONTHS FROM THE TIME OF ISSUE.

# MEMORANDUM OF AGREEMENT

## BY AND BETWEEN

## TEAMSTERS LOCAL UNION 89

## ZENITH LOGISTICS, INC.
### and
## TRANSERVICE LOGISTICS, INC.

The parties agree that if an employee of the Company expresses an interest in transferring to the other Company ( i.e. Zenith Logistics to Transervice Logistics or Transervice Logistics to Zenith Logistics ) and meets the qualification criteria established by the Employer, the employee will be transferred and the employee will retain his/her Company seniority and be placed at the bottom of the seniority list of the new Company. The above is conditioned on the Employer having a vacancy and the employee being available and qualified.

_signature_ 4/25/07
Richard Crow
Zenith Logistics, Inc.

_signature_ Sr. V.P.
Transervice Logistics, Inc.

_signature_ 4/24/07
Teamsters Local Union 89